# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:   AUTO BODY SHOP
ANTITRUST LITIGATION

Case No. MDL 2557 (All Cases)

## SCHEDULING ORDER NUMBER ONE

This case is before the Court *sua sponte*.

1. This order shall govern the practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its order of August 8, 2014, as well as the related action originally filed in this Court.  The actions presently pending before this Court are listed in Schedule A attached hereto.  This order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

2. The actions described in paragraph 1 of this order are coordinated for pretrial purposes.

3. Until further order of this Court, any paper which is to be filed in any of these actions shall be filed with the Clerk of this Court and not with the transferor court.

4. All pleadings or papers shall be filed electronically; no copies will be necessary, unless specifically requested by the Court.   All papers filed in these actions shall bear the identification "MDL Docket No. 2557."   When papers are filed that relate to all actions, the MDL docket number shall be followed by the notation "ALL CASES," and such papers are to be filed electronically in the multidistrict litigation case, 6:14-md-2557-Orl-31TBS.   All papers relating to two or more actions will also be filed in the multidistrict litigation case.   All papers relating solely to a single action shall be filed

only in that individual civil case.   All documents shall be captioned accordingly, listing only those actions to which the document pertains.

5. Counsel who have appeared in the transferor court prior to the transfer need not enter a separate appearance before this Court.   All attorneys appearing before this Court shall use the CM/ECF docket system.   Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request a password from the Court.   Tutorials on the use of the Court's electronic case filing system are available on the Court's website.   By obtaining a password, counsel subject themselves to the local rules of this Court, including Local Rule 2.04 relating to discipline.   All counsel must familiarize themselves with the Local Rules of Court and the Court's CM/ECF Administrative Policies and Procedures.   Paper copies of orders and notices will not be sent to counsel.   It is counsel's responsibility to keep advised of all case activity.

6. Prior to the first pretrial conference, counsel for each group of parties whose interests are similarly aligned shall designate liaison counsel, subject to the approval of the Court.   Liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group.   Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request.

7. No parties to any of these actions shall be required to obtain local counsel in this district, and the requirements of this Court's Local Rules 2.01 and 2.02 are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States Court.

8. Any paper filed in any of these actions which is substantially identical to any other paper filed in another of these actions shall be sufficient if it incorporates by reference the paper to which it is substantially identical.   Where counsel for more than one party plan to file substantially identical papers, they should join in the submission of such papers and shall file only one paper on behalf of all so joined.

9. Any orders, including protective orders previously entered by this Court or any transferor court, shall remain in full force and effect unless modified by this Court.

10. The Court will be guided by the Manual for Complex Litigation, Fourth Edition, approved by the Judicial Conference of the United States, and counsel are directed to familiarize themselves with that publication.

11. All discovery proceedings in these actions are STAYED until further order of this Court and the time requirements to perform any acts or file any papers pursuant to Rules 26 through 37, Federal Rules of Civil Procedure, are tolled until the first pretrial conference at which time a discovery schedule will be established.

12. The first pretrial conference will be held before the undersigned and Magistrate Judge Thomas B. Smith, in Courtroom 5A, Fifth Floor, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida on **Thursday, September 11, 2014, at 1:00 PM**.

13. Counsel are required to communicate amongst themselves by any reasonable means to discuss items that should be included on the agenda for the initial pretrial conference. By no later than **Noon, August 29, 2014**, a single notice shall be jointly electronically filed notifying the Court of the suggested items.   The purpose of this requirement is for counsel to review and narrow the issues to be discussed at the conference.

14. The parties shall file a response to the Interested Persons Order, attached hereto, by **August 29**, **2ough 2014**.[1]

15. Any questions regarding filing procedures and requirements should be directed to the Courtroom Deputy, Lisa Maurey, by email at Lisa_Maurey@flmd.uscourts.gov or by telephone at 407-835-4286.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 15, 2014.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Parties who have already responded to the Interested Persons Orders entered in 6:14-cv-310-Orl-31TBS, are not required to refile their responses herein.

## SCHEDULE A

A & E Auto Body, Inc., et al. v. 21st Century  　　6:14-cv-310-Orl-31TBS
Centennial Insurance Company, et al.

Capitol Body Shop, LLC, et al. v. State Farm Mutual  　　6:14-cv-6000-Orl-31TBS
Automobile Insurance Company, et al.
(Southern District of Mississippi Case No. 3:14-12)

Indiana Autobody Association, Inc., et al. v. State  　　6:14-cv-6001-Orl-31TBS
Farm Mutual Automobile Insurance Company, et al.
(Southern District of Indiana Case No. 1:14-00507)

Brewer Body Shop, LLC, et al. v. State Farm Mutual  　　6:14-cv-6002-Orl-31TBS
Automobile Insurance Company, et al.
(Western District of Tennessee Case No. 2:14-2286)

Apline Straightening Systems, et al. v. State Farm  　　6:14-cv-6003-Orl-31TBS
Mutual Automobile Insurance Company, et al.
(District of Utah Case No. 2:14-261)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**IN RE:  Auto Body Shop Antitrust Litigation**

                              **Case No:   6:14-md-2557-Orl-31TBS**

_____/

# INTERESTED PERSONS ORDER

# FOR CIVIL CASES

This Court makes an active effort to screen every case in order to identify parties and interested corporations in which any assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal.   It is therefore

**ORDERED** that by August 28, 2014, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee **shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement** in the following form:

<div style="border:1px solid">

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   [insert list]

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:


   [insert list]

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   [insert list]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:


   [insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


[Date]                                          _____
                                                [Counsel of Record or Pro Se Party]
                                                    [Address and Telephone]

[Certificate of Service]

</div>

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within fourteen days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party

shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

| | |
|---|---|
| ANNE C. CONWAY | JOHN ANTOON II |
| Anne C. Conway [22] | John Antoon II [28] |
| Chief United States District Judge | United States District Judge |
| | |
| GREGORY A. PRESNELL | CHARLENE E. HONEYWELL |
| Gregory A. Presnell [31] | Charlene E. Honeywell [36] |
| United States District Judge | United States District Judge |
| | |
| GEORGE C. YOUNG | G. KENDALL SHARP |
| George C. Young [06] | G. Kendall Sharp [18] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| PATRICIA C. FAWSETT | |
| Patricia C. Fawsett [19] | |
| Senior United States District Judge | |
| | |
| DAVID A. BAKER | KARLA R. SPAULDING |
| David A. Baker [DAB] | Karla R. Spaulding [KRS] |
| United States Magistrate Judge | United States Magistrate Judge |
| | |
| GREGORY J. KELLY | |
| Gregory J. Kelly [GJK] | |
| United States Magistrate Judge | |

August 14, 2014

Copies to:    All Counsel of Record
              All *Pro Se* Parties