# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**A & E AUTO BODY, INC. et al.,**

    **Plaintiffs,**

**v.**                                                     Case No:   6:14-md-2557-Orl-31TBS
                                                                                                ALL CASES

**21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,**

    **Defendants.**

## SCHEDULING ORDER NUMBER TWO

Pursuant to the Preliminary Pretrial Conference held September 11, 2014, the following Scheduling Order is entered:

1. <u>Case Style</u>:   Use abbreviated version as indicated in this Order.

2. <u>Certificate of Service</u>: Counsel are encouraged to use this form on their Certificates of Service:

   > I HEREBY CERTIFY that on this ___ day of _____, 20__, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.
   > 
   >                                         /s/_____

3. Attached is the <u>Court Staff Contact List</u>.

4. <u>Liaison counsel</u> appointed:

   a. **Allison P. Fry** for Plaintiffs
   John Arthur Eaves, Attorneys at Law
   101 N. State St.
   Jackson, MS 39206
   601/355-7961
   Fax: 601/355-0530
   Email: allison@eaveslaw.com

    b. **Hal K. Litchford** for Defendants
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Suite 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax: 407/841-0325
Email: hlitchford@bakerdonelson.com

*Scheduling Number One, paragraph 6 is modified in that Liaison Counsel is required to serve copies of court orders and notices to parties within their liaison group only if notified by the Clerk of a failure to serve electronically.*

5. Court Orders:   With respect to Orders or other papers entered by the Court, any email discrepancies will be forwarded by the Clerk's office to Liaison Counsel for resolution.

6. Mediation:   The parties are encouraged to confer and consider retaining a mediator as soon as possible.

7. Replies are permitted and are due 7 days after service of a response (5 page limit).

8. Judge Smith will be available for a status conference/hearing on the first Friday of each month at **11:00 a.m.** beginning December 5, 2014.

9. Status conferences before Judge Presnell:

    a. Liaison counsel shall meet and confer at least ten days prior to a scheduled status conference; and

    b. Liaison counsel shall submit a summary of the cases' status and list of matters to be discussed at least three days prior to a status conference.

10. Judge Presnell will conduct a hearing on pending and ripe motions to dismiss on **November 14, 2014 at 10:30 a.m.** (1.5 hours reserved).

11. Telephone appearances are discouraged; however, counsel who wish to participate (listen only) are advised to contact Lisa Maurey, CRD, at least 3 business days prior to a hearing if they wish to participate by telephone.   If counsel desires to fully

participate in a hearing by phone, they will need to file an appropriate motion.

12. <u>Appearances at hearings</u>:   Counsel are required to notify Lisa Maurey, CRD at least 3 business days prior to the hearing if they plan to attend and participate in a hearing.

13. <u>Defendants named but not yet served</u> shall advise Plaintiffs' counsel by **September 22, 2014** whether they will accept service of process.

14. <u>Plaintiffs shall respond</u> to the pending Motions to Quash by **October 3, 2014**.

15. <u>Tag-along complaints</u> shall be filed by **October 31, 2014**.

16. <u>Plaintiffs may amend</u> their Complaints to add or drop parties.   A final deadline for such amendments will be contained in a subsequent scheduling order.

17. <u>Responsive pleadings</u> for defendants who have been served are due **October 3, 2014**. Responses are due **October 17, 2014** and replies are due **October 24, 2014**.   Rule 12 motions for Defendants not yet served shall be due **20 days after service**.

18. The stay entered at Doc. Nos. 7 and 12 is hereby lifted with respect to matters contained herein.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 15, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party