UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
2014 SEP 16 AM 9:
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLOR
ORLANDO, FLORIDA

IN RE: AUTO BODY SHOP ANTITRUST
LITIGATION

MDL No. 2557

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On August 8, 2014, the Panel transferred 4 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2014). Since that time, 1 additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Gregory A Presnell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Presnell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Florida for the reasons stated in the order of August 8, 2014, and, with the consent of that court, assigned to the Honorable Gregory A Presnell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 16, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

IN RE: AUTO BODY SHOP ANTITRUST LITIGATION                                    MDL No. 2557

### SCHEDULE CTO-2 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 14-01909 | Southern Collision &Restoration, LLC v. State Farm Mutual Automobile Insurance Company et al | |
| **LOUISIANA MIDDLE** | | | | |
| ~~LAM~~ | ~~3~~ | ~~14-00550~~ | ~~State of Louisiana, et al v. State Farm Fire and Casualty Company et al~~ | Opposed 9/15/14 |