UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC. et al.,                                                              **Plaintiffs**

v.

**21st CENTURY CENTENNIAL**
**INSURANCE COMPANY, et al.,**                                                             **Defendants**

Case No.: 6:14-md-2557-Orl-31TBS
ALL CASES

**NOTICE OF FILING PLAINTIFFS' SUMMARY OF THE ARGUMENTS**
**OPPOSING DEFENDANTS' MOTIONS TO DISMISS**

Undersigned Counsel respectfully submits and serves this Notice of Filing on behalf of the Plaintiffs in the above-captioned Multidistrict Litigation, No. 2557, of Plaintiffs' Summary of the Arguments Opposing Defendants' Motions to Dismiss.

This, the 11th day of November, 2014.

/s/ *Allison P. Fry*
JOHN ARTHUR EAVES, JR.
ALLISON P. FRY,
John Arthur Eaves,
Attorneys at Law
101 N. State Street
Jackson, MS 39201
Telephone:    601.355.7961
Facsimile:    601.355.0530
JohnJr@eaveslaw.com
Allison@eaveslaw.com
Will@eaveslaw.com

Attorneys for the Plaintiffs