IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 2557<br><br>Case No. 6:14-md-2557-Orl-31TBS |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 1:14-cv-01107<br>Case No. 2:14-cv-02401<br>Case No. 3:14-cv-00237 | | |

**AGREED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINTS IN TRANSFERRED ACTIONS**

On December 2, 2014, seven additional cases from Alabama, California, Illinois, New Jersey, Oregon, and Washington were transferred to this Court by the Judicial Panel on Multidistrict Litigation for coordinated pretrial proceedings. *In re: Auto Body Shop Antitrust Litig.*, MDL No. 2557, Dkt. No. 271 (J.P.M.L. Dec. 2, 2014). Upon these transfers, deadlines for responses to the complaints go into effect for any served defendant. Some responses may be due as early as December 2, 2014. Subject to this Court's direction and approval, defendants in the Alabama, California, Illinois, New Jersey, Oregon, and Washington actions request 21 days following this Court's ruling on the pending motions to dismiss to respond to the complaints. Plaintiffs have agreed to that extension.

This agreement does not affect any other actions or any other obligations of the parties. All other deadlines for party action remain in effect.

Dated: December 2, 2014                     Respectfully submitted,

/s/ Michael L. McCluggage
Michael L. McCluggage
mmccluggage@eimerstahl.com
Brent R. Austin
baustin@eimerstahl.com
Eimer Stahl LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600

*Attorneys for Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Mutual Insurance Company of Oregon, State Farm Indemnity Company, and State Farm Guaranty Insurance Company*

/s/ Kathy L. Osborn
Kathy L. Osborn
Ryan M. Hurley
Sarah Jenkins
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Tel. (317) 237-0300
Fax (317) 237-1000
kathy.osborn@faegrebd.com
ryan.hurley@faegrebd.com
sarah.jenkins@faegrebd.com

Michael S. McCarthy
Heather Carson Perkins
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
Tel. (303) 607-3703
Fax (303) 607-3600
michael.mccarthy@faegrebd.com
heather.perkins@faegrebd.com

*Counsel for American Family Mutual Insurance Company*

2

*/s/ Lara J. Edelstein*
Lara J. Edelstein
Florida Bar No. 78591
ledelstein@uaig.net
Paul E. Susz
Florida Bar No. 836095
psusz@uaig.net
Office of the General Counsel/Trial Division
United Automobile Insurance Company
1313 N.W. 167 Street
Miami Gardens, FL 33169
Telephone: (305) 774-6160

*Attorneys for Defendant United Automobile Insurance Company*

*/s/ Thomas G. Rohback*
Thomas G. Rohback, (pro hac vice)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Facsimile: (860) 275-8101
trohback@axinn.com

*Attorneys for Defendants Hartford Insurance Company of the Midwest; Hartford Underwriters Insurance Company; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Fire Insurance Company; Property and Casualty Insurance Company of Hartford; and Hartford Insurance Company of Illinois*

*/s/ Timothy J. Rooney*
Timothy J. Rooney (admitted pro hac vice)
Norman K. Beck (admitted pro hac vice)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
trooney@winston.com
nbeck@winston.com

Laura Besvinick
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
Fla. Bar No. 391158
laura.besvinick@hoganlovells.com

*Counsel for Travelers Commercial Insurance Company, The Travelers Home and Marine Insurance Company, and Travelers Property Casualty Insurance Company*

*/s/ Dan W. Goldfine*
Dan W. Goldfine (pro hac vice)
Snell & Wilmer L.L.P.

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602-382-6000
Facsimile: 602-382-6070
dgoldfine@swlaw.com

*Attorneys for Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company*

*/s/ P. Bruce Converse*
P. Bruce Converse (Az Bar No. 005868)
Floyd P. Bienstock (Az Bar No. 006299)
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ 85004
Telephone: (602) 257-5274
Telephone: (602) 257-5210
Fax: (602) 257-5299
bconverse@steptoe.com
fbienstock@steptoe.com

*Attorneys for Defendants Metropolitan Property and Casualty Insurance Company,*

4

*Metropolitan Direct Property and Casualty Insurance Company, Metropolitan Group Property and Casualty Insurance Company, Metropolitan Casualty Insurance Company, and Metropolitan General Insurance Company*

*/s/ David L. Yohai*
David L. Yohai*
John P. Mastando III*
Eric Hochstadt*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
david.yohai@weil.com
john.mastando@weil.com
eric.hochstadt@weil.com

Brian J. D'Amico (Fla. Bar No. 076868)
Weil, Gotshal & Manges LLP
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159
brian.damico@weil.com
*specially admitted to practice

*Attorneys for 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Insurance Company, 21st Century North America Insurance Company, 21st Century Pinnacle Insurance Company, Coast National Insurance Company, Farmers Insurance Company of Oregon, Farmers Insurance Company of Washington, Farmers Insurance Exchange, Illinois Farmers Insurance Company, and Mid-Century Insurance Company*

*/s/Kendall W. Harrison*
Kendall W. Harrison
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719

Madison, WI 53701-2719
Telephone: 608.257.3911
Facsimile: 608.257.0609
kharrison@gklaw.com

*Unigard Insurance Company*

*/s/ Michael R. Pennington*
Michael R. Pennington, Trial Counsel
(Alabama Bar No. ASB-0178-T63M)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:  (205) 521-8000
Facsimile: (205) 521-8800
mpennington@babc.com

*Attorney for Defendants First Acceptance Insurance Company, Inc., First Acceptance Insurance Company of Tennessee, Inc., Infinity Insurance  Company, and Infinity Auto Insurance Company*

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan, admitted pro hac vice
Christine A. Hopkinson, admitted pro hac vice
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Phone:  (404) 572-4600
Facsimile:  (404) 472-5139
jcashdan@kslaw.com
chopkinson@kslaw.com

*/s/ Michael R. Nelson*
Michael R. Nelson, admitted pro hac vice
Kymberly Kochis, admitted pro hac vice
Francis X. Nolan, admitted pro hac vice
Nelson Brown & Co.
17 State Street, 29th Floor
New York, New York 10004
Telephone:  (212) 233-0130
Facsimile:  (212) 233-0172
mnelson@nelsonbrownco.com

kkochis@nelsonbrownco.com
fnolan@nelsonbrownco.com

*Counsel for Defendants*
*Progressive Preferred Insurance Company, Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Specialty Insurance Company, Progressive Direct Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive West Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, Progressive Classic Insurance Company, Progressive Max Insurance Company, and Progressive Universal Insurance Company*

*/s/ Christopher C. Skambis*

Christopher C. SkambisS
Florida Bar No. 0262358
The Skambis Law Firm
720 Rugby Street, Suite 120
Orlando, Florida 32804
Telephone: (407) 649-0090
Facsimile: (407) 649-0191
cskambis@skambislaw.com

*Attorneys for Defendants*
*Safeway Insurance Company*
*Safeway Insurance Company of Alabama*

*/s/ Michael H. Carpenter*

Michael H. Carpenter
Michael N. Beekhuizen
Peter T. Snow
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 telephone
(614) 365-9145 facsimile
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

Mark J. Botti
Squire Patton Boggs (US) LLP
1200 19th Street, N.W., Suite 300
Washington, District of Columbia 20036
(202) 626-6600 telephone
(202) 626-6780 facsimile
mark.botti@squirepb.com

Andrew R. Kruppa, Florida Bar No. 63958
Kimberly J. Donovan, Florida Bar No. 16496
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard,
Suite 4100
Miami, Florida 33131
(305) 577-7000 telephone
(305) 577-7001 facsimile
andrew.kruppa@squirepb.com
kimberly.donovan@squirepb.com

*Attorneys for Defendants Nationwide Affinity Insurance Company of America, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Mutual Fire Insurance Company, Nationwide Mutual Insurance Company, Nationwide Property and Casualty Insurance Company, and Harleysville Lake States Insurance Company*

*/s/ Kathy J. Maus*
Kathy J. Maus (Fla. Bar No. 0896330)
Julius F. Parker, III (Fla. Bar No. 0160857)
Butler Pappas Weihmuller Katz Craig LLP
3600 Maclay Boulevard, Suite 101
Tallahassee, FL 32312
Telephone: (850) 894-4111
Fax: (850) 894-4999
kmaus@butlerpappas.com
jparker@butlerpappas.com
eservice@butlerpappas.com (secondary)

*Attorneys for Defendants Mercury Insurance Company of Florida, Mercury Insurance Company of Illinois, Mercury Insurance Company, and California Auto Insurance Company*

/s/ John J. Haggerty
John J. Haggerty, Esq.
2700 Kelly Road, Suite 300
Warrington, PA 18976
Telephone: (215) 345-7500
Facsimile: (215) 345-7507

*Attorneys for Defendants Westfield Insurance Company, Westfield National Insurance Company, American Select Insurance Company*

/s/Hal K. Litchford
Hal K. Litchford (272485)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida  32802
Telephone:  (407) 422-6600
Facsimile:  (407) 841-0325
hlitchford@bakerdonelson.com

-and-

Amelia W. Koch (Admitted Pro Hac Vice)
Steven F. Griffith, Jr. (Admitted Pro Hac Vice)
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
akoch@bakerdonelson.com
sgriffith@bakerdonelson.com

*Counsel for Defendants, USAA Casualty Insurance Company, United Services*

*Automobile Association and USAA General Indemnity Company*

*/s/ Christopher R. Pennison*
Christopher R. Pennison (LA No. 22584)
cpennison@lpwsl.com
Jay M. Lonero, T.A. (LA No. 20642)
jlonero@lpwsl.com
Thomas H. Peyton (LA No. 32635)
tpeyton@lpwsl.com
Larzelere Picou Wells Simpson Lonero, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 834-6500
Fax: (504) 834-6565

*Attorneys for American National Property and Casualty Company*

*/s/ Richard L. Fenton*
Richard L. Fenton (admitted pro hac vice)
Mark L. Hanover (admitted pro hac vice)
Dentons US LLP
233 S Wacker Dr, Suite 7800
Chicago, IL 60606
Tel: (312) 876-8000
Fax: (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com

Bonnie Lau (admitted pro hac vice)
Dentons US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
bonnie.lau@dentons.com

Lori J. Caldwell (Florida Bar No. 026874)
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave, Suite 1400
PO Box 1873
Orlando, FL 32802-1873

Tel: (407) 839-4511
Fax: (407) 835-2011
lcaldwell@rumberger.com

*Attorneys for Defendants Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Allstate Corporation, Allstate County Mutual Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Encompass Indemnity Company, Esurance Insurance Company, Esurance Property and Casualty Insurance Company, Northbrook Indemnity Company*

*/s/ Thomas W. Curvin*
Thomas W. Curvin (Ga. Bar No. 202740)
Amelia Toy Rudolph (Fla. Bar No. 0057015)
Patricia A. Gorham (Fla. Bar No. 0049861)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404.853.8000 (T)
404.853.8806 (F)
tom.curvin@sutherland.com
amelia.rudolph@sutherland.com
patricia.gorham@sutherland.com

*Attorneys for Defendants Zurich American Insurance Company and Zurich American Insurance Company of Illinois*

*/s/ Michael E. Mumford*
Michael E. Mumford
Ernest E. Vargo
Bakerhostetler
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
evargo@bakerlaw.com
mmumford@bakerlaw.com

11

*Attorneys for Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, LM General Insurance Company, LM Insurance Corporation, Liberty Insurance Corporation, First Liberty Mutual Fire Insurance Company, First Liberty Insurance Corporation, First National Insurance Company of America, Safeco Insurance Company of America, Safeco Insurance Company of Indiana, Safeco Insurance Company of Illinois, Safeco Insurance Company of Oregon, American States Insurance Company, Indiana Insurance Company, State Automobile Mutual Insurance Company, and State Auto Property and Casualty Insurance Company*

*/s/ Joseph E. Ezzie*
Joseph E. Ezzie
Bakerhostetler
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-4758
Facsimile: (614) 462-2616
jezzie@bakerlaw.com

*Attorney for Defendants Grange Mutual Casualty Company, Grange Insurance Company of Michigan, Grange Indemnity Insurance Company, and Grange Property & Casualty Insurance Company*


*s/ Lori McAllister*
Lori McAllister (P39501)
Theodore J. Greeley (P77862)
Dykema Gossett PLLC
201 Townsend, Suite 900
Lansing, MI 48933
Tel: (517) 374-9150
lmcallister@dykema.com

*Attorneys for Auto-Owners Insurance Company, Owners Insurance Company*

*/s/ E.K. Cottrell*
E.K. Cottrell (Fla. Bar No: 0013579)
ecottrell@sgrlaw.com
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300

*Attorneys for Defendants, Sentry Insurance A Mutual Company, Sentry Select Insurance Company, Viking Insurance Company of Wisconsin, and Dairyland Insurance Company*

*/s/Jeffery D. Ubersax*
Jeffery D. Ubersax
Joseph R. Coburn
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: 216-586-3939
Fax: 216-579-0212
jdubersax@jonesday.com
jcoburn@jonesday.com

and

Eric P. Berlin
Jones Day
77 West Wacker
Chicago, IL 60601
Telephone: 312-782-3939
Fax: 312-782-8585
epberlin@jonesday.com

*Attorneys for Defendants Erie Insurance Company and Erie Insurance Exchange*

*/s/Scott L. Mandel*
Scott L. Mandel (Michigan Bar P33453)

13

Trial Counsel

Richard C. Kraus (Michigan Bar P27553)
Liza C. Moore (Michigan Bar P72240)
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI 48933-2193
Phone: 517.371.8185
Fax: 517.367.7185
smandel@fosterswift.com
rkraus@fosterswift.com

*Attorneys for Defendant Secura Supreme Insurance Company*

/s/Rowe W. Snider
Rowe W. Snider – Trial Counsel
Matthew T. Furton
Julia C. Webb
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0700
rsnider@lockelord.com
mfurton@lockelord.com
jwebb@lockelord.com

*Attorneys for Amica Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2014, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/     Brent R. Austin