UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTO BODY SHOP ANTITRUST LITIGATION      MDL No. 2557

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on November 21, 2014. Prior to expiration of that order's 7-day stay of transmittal, defendant Safe Auto Insurance Company filed notices of opposition to the proposed transfers. Defendant has withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on November 21, 2014, is LIFTED insofar as it relates to the actions on the attached schedule. The actions are transferred to the Middle District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Gregory A. Presnell.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
SHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTO BODY SHOP ANTITRUST
LITIGATION                                                              MDL No. 2557

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **KENTUCKY EASTERN** | | | |
| KYE | 2 | 14-00189 | Campbell County Auto Body, Inc. v. State Farm Mutual Automobile Insurance Company et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 3 | 14-00764 | Lee Pappas Body Shop, Inc. et al v. State Farm Mutual Automobile Insurance Company et al |