UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.                                              Case No. 6:14-md-2557-Orl-31TBS
                                                      ALL CASES

21st CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.
_____

## ORDER

On December 2, 2014, the Court entered its Order giving the Defendants in the Arizona, Pennsylvania, and Michigan actions 21 days from the docketing of the Court's order on certain pending motions to dismiss within to respond to the complaints against them. Now, the Court having entered its Order on the motions to dismiss in Case No. 6:14-cv-310-Orl-31TBS (MDL docket: 6:14-cv-2257-GAP-TBS), it is ORDERED that:

(1) Defendants in the Arizona, Pennsylvania, and Michigan actions have through February 20, 2015 within to respond to Plaintiffs' complaints against them;

(2) If a Defendant files a motion to dismiss then it should explain in its motion if, and how, the law of the state in which the action was originally filed differs from Florida law with respect to the state law claims asserted in the action; and

(3) This Order supersedes any prior, inconsistent Orders entered by the Court.

DONE and ORDERED in Orlando, Florida on this 21st day of January, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel