UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: AUTO BODY SHOP
ANTITRUST LITIGATION

Case No: 6:14-md-2557-Orl-31TBS

## ORDER

This matter comes before the Court on the motion of Defendants in Case No. 6:14-cv-6014 ("the Oregon Action") to partially vacate the Court's January 21, 2015 Order (Doc. 117) setting deadlines for responses to complaints in the Alabama, California, Illinois, New Jersey, Oregon, and Washington actions (Doc. 130). As grounds, Defendants point out that the Judicial Panel on Multidistrict Litigation has stayed its Conditional Transfer Order in the Oregon Action (See Doc. 78).

Upon due consideration, the motion is **GRANTED**. The Court's previous Order is vacated to the extent it requires a response to the complaint in the Oregon Action by February 20, 2015. If and when the JPML lifts the stay and transfers the Oregon Action to this Court, the Oregon Defendants shall have 21 days from the date of the JPML's order to respond to the complaint. Any motion to dismiss filed as a response to the complaint in the Oregon Action shall explain if, and how, the law of Oregon differs from Florida law with respect to Oregon state law claims.

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record