UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION | MDL Case No. 6:14-md-02557 |
| Crawford's Auto Center, Inc. and K&M Collision, LLC, on behalf of themselves and all others similarly situated,<br>v.<br>State Farm Mutual Automobile Insurance Company *et al.* | Case No. 6:14-cv-6016 |

**AGREED MOTION ON THE BRIEFING OF
DEFENDANTS' FED. R. CIV. P. 12(B) MOTIONS ADDRESSING
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

By Order dated January 21, 2015 (Doc. 152), the Court set February 20, 2015 as the date for Defendants to respond to Plaintiffs' Amended Class Action Complaint in this case – the RICO Class Action. Defendants have indicated that they intend to file up to three (3) motions to dismiss pursuant to Fed. R. Civ. P. 12(b). The parties have conferred and, subject to the Court's approval, have agreed to a briefing schedule and page limitations. Plaintiffs respectfully request that the Court approve the parties' stipulation:

As set forth in the prior Agreed Motion to Extend Time to Respond to Amended Class Action Complaint in Transferred Action filed by Defendants (Doc. 150), the parties previously agreed and jointly requested that Plaintiffs should have 60 days to respond to any Fed. R. Civ. P. 12(b) motions that Defendants may file. In accordance with that agreement and the prior Agreed Motion, it is respectfully requested that the Court now order that Plaintiffs have until April 21, 2015 to respond to Defendants' Fed. R. Civ. P. 12(b) motions, which are due February 20, 2015. This will provide the 60-day period to which the parties previously agreed. Further, it is

respectfully requested that Defendants have 17 days, until May 8, 2015, to file any reply on their Fed. R. Civ. P. 12(b) motions.

With respect to page limits, the parties agree and Plaintiffs respectfully request that (1) Plaintiffs shall have the right to file a single consolidated brief regardless of the number of individual motions or briefs filed by Defendants; and (2) Plaintiffs' consolidated brief may contain as many pages as Defendants' briefs contain in total. Defendants Allstate, Progressive, Farmers, Liberty Mutual and Nationwide respectfully request that they be permitted to file a brief of up to 35 pages in support of their Fed. R. Civ. P. 12(b) motion to dismiss.

Plaintiffs' counsel is authorized to represent that counsel for all Defendants have agreed to the requested briefing schedule and parameters herein.

Dated: February 16, 2015.

        Respectfully Submitted,

*/s/ Steven L. Bloch*
Steven L. Bloch
Bailey & Glasser LLP
One Tower Bridge
100 Front Street – Suite 1235
West Conshohocken, PA 19428
Tel: (304) 345-6555
Fax: (304) 342-1110
Email: sbloch@baileyglasser.com
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dsorensen@bm.net
*Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Steven L. Bloch*
Steven L. Bloch
Bailey & Glasser LLP
One Tower Bridge
100 Front Street – Suite 1235
West Conshohocken, PA 19428
Tel: (304) 345-6555
Fax: (304) 342-1110
Email: sbloch@baileyglasser.com
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*