# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

| | |
|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION : : : : | MDL Case No. 6:14-md-02557 |
| Crawford's Auto Center, Inc. and K&M Collision, LLC, on behalf of themselves and all others similarly situated, v. State Farm Mutual Automobile Insurance Company *et al*. : : : : : : : : : | Case No. 6:14-cv-6016 |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs hereby provide notice that the "Agreed Motion on the Briefing of Defendants' Fed. R. Civ. P. 12(B) Motions Addressing Plaintiffs' Amended Class Action Complaint" (Docket Entry 136) was filed in error. The undersigned hereby requests that the Docket Entry 136 be stricken and the Motion be withdrawn.

Date: February 17, 2015                    Respectfully submitted,

*/s/ Steven L. Bloch*
Steven L. Bloch
Bailey & Glasser LLP
One Tower Bridge
100 Front Street – Suite 1235
West Conshohocken, PA 19428
Tel: (304) 345-6555
Fax: (304) 342-1110
Email: sbloch@baileyglasser.com
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email:     dsorensen@bm.net
*Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                */s/ Steven L. Bloch*
                                                Steven L. Bloch
                                                Bailey & Glasser LLP
                                                One Tower Bridge
                                                100 Front Street – Suite 1235
                                                West Conshohocken, PA 19428
                                                Tel: (304) 345-6555
                                                Fax: (304) 342-1110
                                                Email: sbloch@baileyglasser.com
                                                *Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*