UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC. et al.,     Plaintiffs

v.

21st CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,     Defendants



Case No.: 6:14-md-2557-Orl-31TBS
ALL CASES

## MOTION FILED UNDER SEAL FOR ISSUANCE OF SUBPOENA DUCES TECUM TO NON-PARTY

Come Now, Plaintiffs in the above-captioned multidistrict litigation and move this Court, under seal, for issuance of a subpoena duces tecum to non-party GoDaddy.com, LLC., and in support thereof, state the following to the Court:

1. On Wednesday, 11 February, 2015, news network CNN aired a report on the Anderson Cooper 360° program. The program was critical of insurers and specifically referenced steering several times. As the Court will recall, steering is the industry term given to the practice of insurance companies directing consumers to particular collision repair shops and is a substantive issue in contest in the current litigation.

2. On Saturday, 21 February, 2015, hundreds of Plaintiffs around the country began receiving calls from an individual who identified himself as "Grant" and indicated he was associated with CNN. "Grant" asked the Plaintiffs to send him an email with their respective thoughts on the issue of steering due to the substantial mixed feedback from repair shops they had been receiving

as a result of the Anderson Cooper program. Grant further directed that written responses should be emailed to "Grant@CNNFollowUp.com."

3. Plaintiffs in Florida, Mississippi, Louisiana, Pennsylvania, Utah, Indiana, Alabama, Virginia, Illinois, California, Tennessee and Washington, among others, were all called by "Grant."

4. The telephone number which showed on caller ID systems varied but research conducted by Plaintiffs' counsel shows the numbers are "spoofed," running through Google.[1]

5. Going to the domain identified by "Grant," CNNFollowUp.com automatically forwards traffic to the legitimate CNN web site. "CNNFollowUp.com" never contained any content of its own, just the forwarding. However, Plaintiffs' counsel has conferred with the producers of the Anderson Cooper 360° program and confirmed no such person as "Grant" is working on any follow up story on behalf of CNN, nor was any such telephone campaign authorized or initiated by CNN.

6. ICANN, the International Corporation for Assigned Numbers and Names is the nonprofit organization responsible for the coordination of maintenance and methodology of several databases of unique identifiers related to the namespaces of the Internet, and ensuring the network's stable and secure operation. Upon inquiry, ICANN identified the registrar of "CNNFollowUp.com" as GoDaddy.com, LLC. ICANN further identified the administrator contact, registrant contact, and tech contact as private registration and refers further queries to Domains by Proxy, LLC. Domains by Proxy, LLC, is a subsidiary company of GoDaddy.com, LLC.

7. Per ICANN and additional research, the domain "CNNFollowUp.com" was created on 20 February, 2015, just one day before the calls to Plaintiffs commenced. As of this date, the

---

[1] In some states, for instance, the number which displayed on caller ID was 503.622.9159 belongs to a rental vacation property.

website has been closed, approximately one week after its creation. The IPv4 address of the web site is 184.168.192.92 TTL 599 with the rname dns.jomax.net.

8. Registration of "CNNFollowUp.com" was obtained by the unidentified registrant for one year.

In summary, the facts are:

- A sham website was created by a person(s) or entity(ies) utilizing a proxy to prevent easily identifying the creator;

- One day after the sham website was created, an individual calling himself "Grant" began telephoning Plaintiffs and falsely indicated to call recipients he was associated with CNN performing research for a follow-up story to the Anderson Cooper 360° CNN report;

- "Grant" solicited written statements from the Plaintiffs on steering, and directed written statements be submitted via electronic mail sent to Grant@CNNFollowUp.com, the sham website domain;

- CNN has confirmed it did not authorize or initiate the telephone survey blitz and no one named Grant is working on a follow-up story on CNN's behalf;

- The information sought by "Grant" is directly related to an issue in controversy in this litigation.

9. There is no question, given the facts above, that the request for written statements on an issue in controversy in this litigation was <u>not</u> initiated by CNN or any other legitimate news outlet. This is particularly highlighted by the lengths to which "Grant" and "CNNFollowUp.Com" went to remain anonymous and unidentifiable and the one-week existence of the website.

10. The Plaintiffs reasonably believe that, given the manner in which they were contacted, the subject matter of the contact, the false statements and misrepresentations made during the contact and effort to obtain written statements from the Plaintiffs, the probability this sham effort was conducted by or at the direction of one of the Defendants is substantial. There is simply no rational

reason why a person(s) or entity other than a Defendant would go to the trouble and expense of the scheme described above.

11. It is beyond question that a represented party may not be directly contacted regarding any issue in litigation without consent of representation. Diligent research has not located any authority or ethical opinion within or without the State of Florida which permits this, either directly or indirectly through the use of a non-party or sham, such as "Grant."

12. In the present case, hundreds of Plaintiffs were contacted and asked to submit written statements on a subject which is central to several of the Plaintiffs' claims. This contact was deliberate, performed through subterfuge and deliberate misrepresentation so as to hide the identity of the solictor.

13. GoDaddy.com, LLC, is the only entity which can identify the actual owners of the website and domain CNNFollowUp.com and thus the originator of the sham solicitations for written statements from the Plaintiffs.

14. Plaintiffs request issuance of a subpeona duces tecum to GoDaddy.com, LLC, to compel production of records identifying the registrants and originators of CNNFollowUp.com, as well as contact information for those person(s) or entities and the use made of the sham website and domain name. Plaintiffs respectfully submit the ends of justice would be served by disclosure of this information with no harm or prejudice to any defendant as a result. If the unlikely occurs and inquiry discloses the actions of person(s) or entities unrelated to any defendant or acting on any defendant's behalf or direction, no information has been disclosed which is harmful to any defendant.

15. Conversely, if any defendant has instigated the above-described actions, those actions would not only violate the Rules of Professional Conduct for counsel, as well as the inherent

authority of the Court to ensure the just and orderly conduct of controversies before it, but the instigator will have also violated federal law for which no legitimate excuse or exemption exists.

16. 47 USCS § 227(e)(1) prohibits any person within the United States, in connection with any telecommunications service or IP-enabled voice service, to cause any caller identification service to knowingly transmit misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value.[2]

17. Plaintiffs further request the subpoena duces tecum be issued under seal without disclosure to the Defendants. Plaintiffs understand this is unusual request, though not without precedent. However, the perpetrator of the sham contact with Plaintiffs has gone to considerable trouble and expense to hide its identity and mislead the Plaintiffs contacted. It is therefore reasonable to believe that a defendant willing to go to these lengths, will also act improperly to destroy or alter evidence to prevent its disclosure if provided with advance notice.

Respectfully submitted, this the 27th day of February, 2015.

                                                  **A & E AUTO BODY, INC., et al.**

                                                  /s/ *Allison P. Fry*

                                                  JOHN ARTHUR EAVES, JR.
                                                  ALLISON P. FRY,

John Arthur Eaves,
Attorneys at Law
101 N. State Street
Jackson, MS 39201
Telephone:   601.355.7961
Facsimile:    601.355.0530
JohnJr@eaveslaw.com

---

[2] There are exemptions to this prohibition relevant to law enforcement activities and execution of court orders, neither of which are applicable to this matter.

Allison@eaveslaw.com
Will@eaveslaw.com

# EXHIBIT A TO THIRD PARTY SUBPOENA

Pursuant to the foregoing subpoena, YOU are required to produce by March 16, 2015, the documents requested herein.

## I. DEFINITIONS

As used in this Attachment, the following terms and phrases shall have the following meanings:

"YOU," "YOUR," "GODADDY.COM," shall mean GoDaddy.com, Inc, and all of its subsidiaries, affiliates (including, Domains By Proxy, LLC ), and divisions, and all owners, officers, directors, employees, and agents of any of the foregoing.

"GODADDY.COM" shall mean GoDaddy.com, Inc., and any of its corporations, businesses, subsidiaries, divisions, subdivisions, affiliated entities (including, Domains By Proxy, LLC ), predecessors, successors, parents, and their respective officers, directors, employees, partners, representatives, agents, attorneys, accountants or other persons occupying similar positions or performing similar functions.

"COMMUNICATION(S)" shall mean all occasions on which information was conveyed from one person or entity to another, either: (a) through a document; or (b) verbally, either in person or by telephone (including phone messages or alerts); or (c) by means of any other mechanical or electronic device.

"DOCUMENTS" is used in the broadest sense of the word and shall mean all original written, printed, typed, recorded, or graphic matter whatsoever, however produced or reproduced, of every kind, nature, and description, and all non-identical copies of both sides thereof. "DOCUMENTS" specifically includes, but is not limited to, any responsive advertising materials developed or created, in whole or in part, by YOU. "DOCUMENTS" also specifically includes, but is not limited to, papers, letters, memoranda, correspondence, communications, electronic mail (e-mail) messages (existing in hard copy and or in electronic storage), faxes, mailgrams, telegrams, cables, telex messages, notes, annotations, working papers, drafts, minutes, records, audio and video recordings, data, databases, other information bases, summaries, charts, tables, graphics, other visual displays, photographs, statements,

interviews, opinions, reports, newspaper articles, studies, analyses, evaluations, interpretations, contracts, agreements, jottings, agendas, bulletins, notices, announcements, instructions, blueprints, drawings, as-builts, changes, manuals, publications, work schedules, journals, statistical data, desk, portable and computer calendars, appointment books, diaries, travel reports, lists, tabulations, computer printouts, data processing program libraries, data processing inputs and outputs, microfilms, microfiches, statements for services, resolutions, financial statements, governmental records, business records, personnel records, work orders, pleadings, discovery in any form, affidavits, motions, responses to discovery, all transcripts, administrative filings and all mechanical, magnetic, photographic and electronic records or recordings of any kind, including any storage media associated with computers, including, but not limited to, information on hard drives, floppy disks, backup tapes, and zip drives, electronic communications, including but not limited to, the Internet and shall include any drafts or revisions pertaining to any of the foregoing, all other things similar to any of the foregoing, however denominated, any other data compilations from which information can be obtained, translated if necessary, into a usable form and any other documents. For purposes of this request, any document which contains any note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another document shall be treated as a separate document subject to production. In all cases where original and any non-identical copies are not available, "document(s)" also means any identical copies of the original and all non-identical copies thereof. Any document, record, graph, chart, film or photograph originally produced in color must be provided in color.

## II. DOCUMENT PRODUCTION REQUESTS

1. For the domain name(s) cnnfollowup.com and/or dns.jomax.net and/or IP v4 address 184.168.192.92 TTL 599 hosted and/or supported by YOU, any and all DOCUMENTS, whether maintained by YOU or a third party to which you have access, including but not limited to any of the following information:

a. registration agreements between YOU and any associated person(s) and/or entities;

b. names, street addresses, telephone numbers, and email addresses of associated person(s) and/or entities;

c. status changes associated with the domain name(s) and/or IP addresses listed above, including any and all DOCUMENTS memorializing status changes;

d. customer service records, (*e.g.*, notes, memoranda, or other recordings of correspondence or conversations with associated person(s) and/or entities);

e. date of purchase of aforementioned domain name(s) and/or IP addresses.

6. For the domain name(s) cnnfollowup.com and/or dns.jomax.net and/or IP v4 address 184.168.192.92 TTL 599 hosted and/or supported by YOU, all COMMUNICATION, whether maintained by YOU or a third party to which you have access.

7. For the domain name(s) cnnfollowup.com and/or dns.jomax.net and/or IP v4 address 184.168.192.92 TTL 599 hosted and/or supported by YOU, identify any and all databases, whether maintained by YOU or a third party to which you have access, that are used to store information, DOCUMENTS and/or COMMUNICATION for the domain name(s) cnnfollowup.com and/or dns.jomax.net and/or IP v4 address 184.168.192.92 TTL 599 hosted and/or supported by YOU.

8. With respect to each database identified in response to Request No.3, DOCUMENTS that describe:

its contents and general functions;

its structure (*e.g.* hierarchical, relational, flat file, VSAM, etc.);

all tables and/or files in the database and the information in each table or file;

each brand, type of computer and operating system that processes and/or accesses the database;

each item or variable contained in the database together with all data dictionaries and record layouts which describe the items or variables in each such database, including any documentation which provides information relating to interpreting each coded field or variable in the database;

whether any proprietary software is required to process or access the information in the database and, if so, what proprietary software is required; and

the time period for which the database has been maintained.

1. For any information requested in Request Nos. 1-2 that is archived, DOCUMENTS that describe:

the information that is archived;

the form in which the information is archived (i.e. hard copy files or electronic data);

where the archived information is located;

the time period of the archived information; and

the custodian(s) of the archived information.