IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ALLIANCE OF AUTOMOTIVE SERVICE PROVIDERS, INC. ET AL., | : <br> : <br> : |
| PLAINTIFFS | : Case No. 6:14-md-02557-GAP-TBS |
| VS. | : <br> : <br> : |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY ET AL., | : Re: No. 6:14-cv-06008-GAP-TBS <br> : <br> : |
| DEFENDANTS | : |

### CERTIFICATE OF SERVICE OF COMPLAINT

I certify under penalty of perjury that I served the above captioned pleading on all parties listed on the attached mailing matrix on **February 27, 2015**.

The type(s) of service made of the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Certified U.S. Mail, Postage Prepaid**.

EXECUTED ON:   **February 27, 2015**

By:   /s/ James R. Huff, II, Esquire
Signature
**James R. Huff, II Esquire**
Typed Name
**1701 Fifth Avenue, Altoona, Pa. 16602**
Address
**(814) 946-4316**
Phone No.
**PA. I.D. 33270**
List Bar I.D. and State of Admission

Hartford Fire Insurance Co.
One Hartford Plaza
Hartford, Ct 06155
Attn: Officer/Director

Allstate Fire and Casualty
Insurance Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

State Farm Fire And Casualty
Company
ONe State Farm Plaza
Bloomington, IL 61710
Attn: Officer/Director

Farmers New Century Ins. Co.
2245 Sequoia Drive
Aurora, IL 60506
Attn: Officer/Director

Esurance Property & Casualty
Insurance Company
One Embarcardero Center
San Francisco, CA 94111
Attn: Officer/Director

Encompass Indemnity Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

State Farm Mutual Auto Ins. Co.
One State Farm Plaza
Bloomington, IL 61710
Attn: Officer/Director

Travelers Property Casualty
Insurance Company
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

Encompass Insurance Company
of America
2775 Sanders Road
Northbrook IL 60062
Attn:  Officer/Director

Donegal Mutual Insurance Co.
1195 River Road
Marietta, PA  17547
Attn: Officer/Director

Travelers Casualty Company
of Connecticut
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

Encompass Home and Auto
Insurance Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

Travelers Personal Security
Insurance Company
One Tower Square
Hartford, Ct 06183
Attn: Officer/Director

Travelers Personal Insurance
Company
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

Travelers Property Casualty
Insurance Company
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

LM General Insurance Co.
28154 Forbs Ave., Ste. 200
Hoffman Estates, IL 60192
Attn: Officer/Director

Pennsylvania National Mutual
Casualty Insurance Company
Two N. Second Street
Harrisburg, PA 17101
Attn: Officer/Director

AAA Mid Atlantic Insurance
Company
391 West Lancaster Avenue
Haverford, PA 19041
Attn: Officer/Director

The Travelers Indemnity Co.
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

Allstate INdemnity Company
2775 Sanders Road
Northbrook, IL 60062
Attn:  Officer/Director

Allstate Property and Casualty
Insurance Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

Hartford Accident and
Indemnity Company
One Hartford Plaza
Hartford, CT 06155
Attn: Officer/Director

Allstate Northbrook
Indemnity Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

Allstate Vehicle and Property
Insurance Company
2775 Sanders Road
Northbrook, IL 60062
Attn: Officer/Director

Hartford Casualty Insurance
Company
501 Pennsylvania Pkwy Ste 400
Indianapolis, IN 46280
Attn: Officer/Director

Hartford Insurance Company
of Illinois
4525 Meridian Parkway
Aurora, IL 60504
Attn: Officer/Director

Esurance Insurance Company
Ten East Doty St. Ste. 621
Madison, WI 53703
Attn: Officer/Director

Nationwide Insurance Company
of America
902 Ann Street, Ste. A
Madison, WI 53713
Attn: Officer/Director

Harleysville Preferred
Insurance Company
355 Maple Avenue
Harleysville, PA 19438
Attn: Officer/Director

Horace Mann Property and
Casualty Insurance Company
One Horace Mann Plaza
Springfield, IL 62715
Attn: Officer/Director

Horace Mann Insurance Company
One Horace Mann Plaza
Springfield, IL 62715
Attn: Officer/Director

Nationwide Affinity Insurance
Company of America
One Nationwide Plaza
Columbus, OH 43216
Attn: Officer/Director

Nationwide General Insurance
Company
One Nationwide Plaza
Columbus, OH 43216
Attn: Officer/Director

State Auto Property and
Casualty Company
1300 Woodland Avenue
West Des Moines, IA 50265
Attn: Officer/Director

Hartford Insurance Company
of the Midwest
501 Pennsylvania Prkwy Ste 400
Indianapolis, IN 46280
Attn: Officer/Director

Nationwide Mutual Fire Ins.
Company
One Nationwide Plaza
Columbus, OH 43216
Attn: Officer/Director

Hartford Insurance Company
of the Southeast
One Hartford Plaza
Hartford, CT 06155
Attn: Officer/Director

Hartford Underwriters
Insurance Company
ONe Hartford Plaza
Hartford, CT 06155
Attn: Officer/Director

Nationwide Property and
Casualty Insurance Company
One Nationwide Plaza
Columbus, OH 43216
Attn: Officer/Director

Travelers Commercial
Insurance Company
One Tower Square
Hartford, CT 06163
Attn: Officer/Director

Travco Insurance Company
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

The Travelers Home and
and Marine Ins. Company
One Tower Square
Hartford, CT 06183
Attn: Officer/Director

State Automobile Mutual
Insurance Company
581 East Broad Street
Columbus, OH 43215
Attn: Officer/Director

Progressive Northern Insurance
Company c/o CT Corporation
8020 Excelsior Drive
Madison, WI 53717
Attn: Officer/Director

Progressive Direct
Insurance Company
6300 Wilson Mills Rd. W33
Mayfield Village, OH 44143
Attn: Officer/Director

Progressive Preferred Ins.
Company
6300 Wilson Mills Rd. W33
Mayfield Village, OH 44143
Attn: Officer/Director

Property and Casualty Ins.
Company of Hartford
501 Pennsylvania Pkwy Ste 400
Indianapolis, IN 46280
Attn: Officer/Director

Progressive Advanced Ins.
Company
6300 Wilson Mills Rd. W33
Mayfield Village, OH 44143
Attn: Officer/Director

Progressive Specialty Ins.
Company
6300 Wilson Mills Rd. W33
Mayfield Village, OH 44143
Attn: Officer/Director

Geico General Insurance
Company
5260 Western Avenue
Chevy Chase, MD 20076
Attn: Officer/Director

Safeco Insurance Company
of Illinois
27201 Bella Vista Pky. Ste 130
Warrenville, IL 60555

Safeco Insurance Company
of Indiana
350 East 96th Street
Indianapolis, IN 46204
Attn: Officer/Director

Safeco Insurance Company
of America
62 Maple Avenue
Keene, NH 03431
Attn: Officer/Director

Geico Indemnity Company
5260 Western Avenue
Chevy Chase, MD 20076
Attn: Officer/Director

Progressive Casualty Ins.
Company
6300 Wilson MIlls Rd. W33
Mayfield Village, OH 44143
Attn: Officer/Director

Farmers Fire Insurance Co.
2875 Eastern Blvd.
York, PA 17402
Attn: Officer/Director

Government Employees Ins.
Company
5260 Western Avenue
Chevy Chase, MD 20076
Attn: Officer/Director

Kemper Independence
Insurance Company
One East Waker Drive
Chicago, IL 60601
Attn: Officer/Director

USA General Indemnity Company
9800 Fredericksburg Road
San Antonia, TX 78288
Attn: Officer/Director

Allstate Insurance Co.
2775 Sanders Road
Northbrook, IL 60062

Geico Casualty Company
5260 Western Avenue
Chevy Chase, MD 20076