**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

A & E AUTO BODY, INC., AMERICAN
PAINT & BODY, INC., AUTO &
COACH WORKS OF CENTRAL FL
INC., AUTO BODY CONCEPTS, INC.,
et al.

                Plaintiffs,

v.                                         Case No:  6:14-md-2557-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY,
ACCEPTANCE INDEMNITY
INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE
COMPANY, ALLSTATE INSURANCE
CO., et al.

                Defendants.

**6:14-md-2557**

| UNITED STATES MAGISTRATE JUDGE: | Thomas B. Smith | COUNSEL FOR PLAINTIFF: | See attached list |
|---|---|---|---|
| DEPUTY CLERK: | Trish LeGros | | |
| RECORDING: | Digital | COUNSEL FOR DEFENDANT: | See attached list |
| DATE/TIME: | March 6, 2015<br>11:08 A.M.- 11:44 A.M. | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called, appearances made (counsel appearing personally and telephonically), procedural setting by the Court.
Plaintiff and defense counsel address the Court as to progress and issues of the cases.

Court adjourned.