UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., *et al.*,

    Plaintiffs,

v.                                                            MDL Case No: 6:14-md-2557-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, *et al.*,

    Defendants.

---

LEGENDS COLLISION, LLC, *et al.*,

    Plaintiffs,

v.                                                            Case No: 6:14-cv-6006-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

    Defendants.

---

RODENHOUSE BODY SHOP, INC, *et al.*,

    Plaintiffs,

v.                                                            Case No: 6:14-cv-6007-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

    Defendants.

---

ALLIANCE OF AUTOMOTIVE SERVICE
PROVIDERS, INC., *et al.*,

    Plaintiffs,

v.                                                            Case No: 6:14-cv-6008-Orl-31TBS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, <br>    Defendants. | |
| THE ONLY ONE, INC., *et al.*, <br>    Plaintiffs, <br> v. <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, <br>    Defendants. | Case No:   6:14-cv-6009-Orl-31TBS |
| PACIFIC COAST AUTO BODY, INC., *et al.*, <br>    Plaintiffs, <br> v. <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, <br>    Defendants. | Case No:   6:14-cv-6010-Orl-31TBS |
| KALLEMEYN COLLISION CENTER, INC., *et al.*, <br>    Plaintiffs, <br> v. <br> 21ST CENTURY CENTENNIAL INSURANCE COMPANY, *et al.*, <br>    Defendants. | Case No:   6:14-cv-6011-Orl-31TBS |
| QUALITY AUTO PAINTING CENTER OF ROSELLE, INC., <br>    Plaintiff, <br> v. | Case No:   6:14-cv-6012-Orl-31TBS |

STATE FARM INDEMNITY COMPANY, *et al.*,

    Defendants.

---

ULTIMATE COLLISION REPAIR, INC.,

    Plaintiff,

v.                                                          Case No:   6:14-cv-6013-Orl-31TBS

STATE FARM INDEMNITY COMPANY, *et al.*,

    Defendants.

---

HAURY'S AUTO BODY, *et al.*,

    Plaintiffs,

v.                                                          Case No:   6:14-cv-6015-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,

    Defendants.

---

CAMPBELL COUNTY AUTO BODY, INC.,

    Plaintiff,

v.                                                          Case No:   6:14-cv-6018-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,

    Defendants.

---

LEE PAPPAS BODY SHOP, INC., *et al.*,

    Plaintiffs,

v.                                                          Case No:   6:14-cv-6019-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

    Defendants.

---

ALLIANCE OF AUTOMOTIVE SERVICE
PROVIDERS, INC., *et al.*,

    Plaintiffs,

v.                                  Case No:   6:14-cv-6020-Orl-31TBS

ERIE INSURANCE EXCHANGE, *et al.*,

    Defendants.

---

CONCORD AUTO BODY, INC.

    Plaintiff,

v.                                  Case No:   6:15-cv-6022-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

    Defendants.

---

## ORDER

    This Order memorializes rulings made from the bench at today's status conference.   Upon due consideration, Plaintiffs' motion for extension of time to file responses to the motions to dismiss (Doc. 153 in Case No. 6:14-md-2557) is **GRANTED**. Plaintiffs have until March 13, 2015 to file responses to the pending motions to dismiss in cases 6006, 6007, 6008, 6009, 6010, 6011, 6012, 6013, 6015, 6018, 6019, 6020 and

6022.[1] In each case, except for Case No. 6020, Plaintiffs may file a single consolidated response of up to 40 pages.[2]

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] Defendants indicate in their motion that they seek an extension of time to respond to "Motion to Dismiss, Docket Nos. 37 and 38" in the Illinois case, 6:14-cv-6016.  Docket entries 37 and 38 in case no. 6016 are returns of service, not motions to dismiss.   In addition, there is already a pending motion for extension of time in that action (which has been docketed in this case at docket entry 136), which the district judge has not referred.   This order does not decide that motion or otherwise affect the briefing schedule in that case.

[2] Plaintiffs may cross-docket their consolidated response from Case No. 6008 in Case No. 6020 if they so choose.

- 5 -