# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re: Auto Body Shop**
**Antitrust Litigation**

                                      **Case No:   6:14-md-2557-Orl-31TBS**

## ORDER

On February 27, 2015, one or more of the parties to this litigation filed a motion under seal.  (Doc. S-150).   Upon review of that motion, the Court finds that it does not warrant being filed under seal.   Accordingly, it is hereby

**ORDERED** that the sealed motion (Doc. S-150) is **DENIED WITHOUT PREJUDICE.** Should the filing party or parties with to do so, the motion may be refiled, not under seal, on or before March 19, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2015.



                                        **GREGORY A. PRESNELL**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party