**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

A & E AUTO BODY, INC. et al.,

      Plaintiffs,

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

      Defendants.

Case No. 6:14-md-2557-Orl-31TBS
ALL CASES

## DEFENDANTS' MOTION FOR ACCESS TO SEALED DOCUMENTS
### (Oral Argument Requested)

Undersigned Defendants,[1] by and through their respective counsel ("Defendants"), and pursuant to Local Rule 1.09, hereby jointly move this Court for access to sealed documents numbered S-150 and S-158.

## MEMORANDUM OF LAW

On February 27, 2015 the parties to this action received via the Court's CM/ECF system a Notice of Electronic Filing in the main multidistrict litigation case, 6:14-md-2557-Orl-31TBS. No document was attached to the filing. The docket text read "Sealed Document S-150." The filer is identified as "LAK" with no other identifying information for this filer. On March 9, 2015 a similarly cryptic Notice of Filing was delivered to the parties via CM/ECF. No document was attached to the filing. The docket text read "Sealed Document S-158." Again, the filer is identified as "LAK." Defendants had not been served

---

[1] The moving Defendants are listed in Exhibit A.

or otherwise made privy to any motion or application by any person seeking to file any item under seal in this case or any order granting any person permission to file any item under seal in this case. However, during the meet and confer process, Plaintiffs' counsel in the antitrust cases in this MDL disclosed that the sealed filings originated from the Plaintiffs' side and addressed the actions of one defendant, but would not disclose which one.

An ex parte proceeding that may affect the substantive rights of a party raises grave due process concerns. It is one thing to seal a document from the public because of confidentiality concerns; in that case opposing parties and their counsel may be apprised of the proceedings pursuant to a protective order. It is another thing altogether for one party to seal a request for relief against another from the public, the other parties, and opposing counsel. Defendants may be even more concerned than the public over the foundational facts proffered to the Court that would justify such unprecedented action. In any event, it is not apparent what circumstances could conceivably justify the extraordinary filing under seal in a civil action of all related submissions with no service on Defendants or an opportunity to be heard prior to entry of the seal order. It is imperative that Defendants be given the opportunity to know the basis for the sealing and the immediate ability to challenge the accuracy and sufficiency of these allegedly extreme facts.

Defendants do not even know whether the sealed filings are the result of an ex parte motion delivered to the Court in hard copy or whether the Court authorized its filing. As this Court has noted:

> This court does not allow the automatic filing of documents under seal. In accordance with the policy of the Middle District of Florida, when a party seeks to file a document under seal, the court shall determine the matter upon motion by the party. The motion shall be in conformance with Local Rule

1.09, which sets forth the procedures to be followed when a party seeks to file
motion to seal.

*Kuhns v. Zimmer*, 2007 WL 781783, No. 06-CV-2343, at *1 (M.D. Fla. Mar. 13, 2007); *see*

*also*, Robert Timothy Reagan, *Sealing Court Records and Proceedings: A Pocket Guide*

(Federal Judicial Center 2010).

Rule 1.09 of the Local Rules of the Middle District of Florida requires a party seeking

to file a paper under seal, unless authorized by statute, rule, or order, to first file a motion

including a description of the document and the reason sealing is necessary. Local Rule

(1.09(a)). The movant may not provide the Clerk any item for sealing without an order from

the Court granting the Motion to Seal. *Id.* If the Court grants the motion, the Court must

enter an order stating "the particular reason the seal is required." *Id.*

Specifically, Local Rule 1.09 provides, in pertinent part:

> Unless filing under seal is authorized by statute, rule, or order,
> a party seeking to file under seal any paper or other matter in
> any civil case shall file and serve a motion, the title of which
> includes the words "Motion to Seal" and which includes (i) an
> identification and description of each item proposed for
> sealing; (ii) the reason that filing each item is necessary; (iii)
> the reason that sealing each item is necessary; (iv) the reason
> that a means other than sealing is unavailable or unsatisfactory
> to preserve the interest advanced by the movant in support of
> the seal; (v) a statement of the proposed duration of the seal;
> and (vi) a memorandum of legal authority supporting the seal.
> **The movant shall not file or otherwise tender to the Clerk**
> **any item proposed for sealing unless the Court has granted**
> **the motion required by this section.…Every order sealing**
> **any item pursuant this section shall state the particular**
> **reason the seal is required**.

*Id.* (emphasis added). Even if filing under seal is authorized by statute, rule, or order, a

"Motion to Seal Pursuant to [Statute, Rule, or Order]" must identify and describe the

documents and provide the basis for the request. Local Rule (1.09(b)). Local Rule 1.09(b) also requires that an Order granting the Motion to Seal Pursuant to Statute, Rule, or Order "identify the statute, rule, or order authorizing the seal." *Id.* The Court confirms its policy on its website: "A party may not file any document under seal without first having obtained a court order granting a motion to leave to file under seal." "FAQs: Filing," U.S. District Court Middle District of Fla., https://www.flmd.uscourts.gov/FAQs/filing.htm (last accessed Mar. 14, 2015).

This Court's Rules of Administrative Procedures for Electronic Filing in Civil and Criminal Cases, adopted after Local Rule 1.09, appear to contemplate a sealing with no paper trail, but they also do not abrogate Rule 1.09. Section III of the ECF Rules provides:

A. DOCUMENT FILED UNDER SEAL

A filer may, but is not required to, file electronically a motion or application to file a document under seal. A motion or application not filed electronically shall be presented in paper format to the Clerk along with a proposed order. If the motion or application is granted, the Judge will enter electronically the order authorizing the filing of the document in paper format under seal.

B. DOCUMENT FILED EX PARTE UNDER SEAL

An application to file a document ex parte under seal and all related ex parte documents shall be clearly designated ex parte and filed in paper format. If the application is granted, all ex parte sealed documents shall be filed in paper format.

M.D. Fla., Admin. Pro. for Electronic Filing in Civ. & Crim. Cases § III.A.-B.

The Court is not required to disclose the nature or content of the sealed documents prior to filing. *U.S. v. Bilbrey*, 896 F. Supp. 1207, 1209 (M.D. Fla. 1995). However, it is

well-recognized that motions to seal should be publicly docketed. Public notice of motions to seal gives the public, the news media, and interested parties an opportunity to be heard on the matter. *See U.S. v. Valenti*, 987 F.2d 708, 715 (11th Cir. 1993); *Wash. Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991); *In re Herald Co.*, 734 F.2d 93, 102 (2d Cir. 1984); *U.S. v. Criden*, 675 F.2d 550, 554 (3d Cir. 1982); *In re Wash. Post Co.*, 807 F.2d 383, 390 (4th Cir. 1986); *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 475 (6th Cir. 1983). Additionally, the Court must provide reasons for the closure if a party moves for access to sealed documents. *Bilbrey*, 896 F. Supp. at 1209, *citing Press-Enterprise Co. v. Superior Court of Cal.*, 471 U.S. 1 (1986) and its progeny.

WHEREFORE, Defendants respectfully move this Court for access to documents numbered S-150 and S-158. In the alternative, Defendants respectfully request a showing of the particular reasons why the sealing may be authorized and required and the identity of the filing party with "findings sufficient for a reviewing court to be able to determine, in conjunction with a review of the sealed documents themselves, what important interest or interests the district court found sufficiently compelling to justify the denial of public access." *U.S. v. Kooistra*, 796 F.2d 1390, 1391 (11th Cir. 1986).

## **REQUEST FOR ORAL ARGUMENT**

Defendants request oral argument of thirty (30) minutes pursuant to Local Rule 3.01(j).

<u>**CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 3.01(g)**</u>

I hereby certify that on March 17, 2015, Liaison Counsel for Defendants, Hal K. Litchford, conferred with counsel for Plaintiffs, John Arthur Eaves, Jr., Esq. and Allison Fry, Esq. in a good faith effort to resolve the issues presented in this motion and while they were able to divulge basic information contained herein, were unable to agree to provide access to the sealed filings.

Dated: March 20, 2015.

/s/ *Hal K. Litchford*
Hal K. Litchford (272485)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email*: hlitchford@bakerdonelson.com*
Email: *rgustafson@bakerdonelson.com*
Email: *fedcts@bakerdonelson.com*

*-and-*

Amelia W. Koch *(Admitted Pro Hac Vice)*
Steven F. Griffith, Jr. *(Admitted Pro Hac Vice)*
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: *akoch@bakerdonelson.com*
Email: *sgriffith@bakerdonelson.com*

*Counsel for Defendants, USAA Casualty Insurance Company, United Services Automobile Association and USAA General Indemnity Company*

/s/ *Johanna W. Clark (w/permission)*
Johanna W. Clark
CARLTON FIELDS JORDEN BURT, P.A.
450 S. Orange Ave., Suite 500
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@cfjblaw.com

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
E-mail: mmcluggage@eimerstahl.com

Michael P. Kenny
Elizabeth Helmer
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: mike.kenny@alston.com
Email: elizabeth.helmer@alston.com

*Counsel for Defendants State Farm*

*Mutual Automobile Insurance Company,*
*State Farm Fire and Casualty Company,*
*State Farm General Insurance Company,*
*State Farm Guaranty Insurance Company,*
*and State Farm Indemnity Company*

/s/ *Richard L. Fenton*
Richard L. Fenton (admitted pro hac vice)
Mark L. Hanover (admitted pro hac vice)
Dentons US LLP
233 S Wacker Dr, Suite 7800
Chicago, IL 60606
Tel:  (312) 876-8000
Fax: (312) 876-7934
Email: *richard.fenton@dentons.com*
Email: *mark.hanover@dentons.com*

Bonnie Lau
Dentons US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
*bonnie.lau@dentons.com*

Lori J. Caldwell (Florida Bar No. 026874)
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave, Suite 1400
PO Box 1873
Orlando, FL 32802-1873
Tel:  (407) 839-4511
Fax: (407) 835-2011
Email: *lcaldwell@rumberger.com*

*Attorneys for Defendants*
*Allstate Corporation, Allstate County*
*Mutual Insurance Company, Allstate Fire*
*and Casualty Insurance Company, Allstate*
*Indemnity Company, Allstate Insurance*
*Company, Allstate New Jersey Insurance*
*Company, Allstate New Jersey Property and*
*Casualty Insurance Company, Allstate*
*Northbrook Indemnity Company, Allstate*
*Property and Casualty Insurance Company*

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan, admitted pro hac vice
Christine A. Hopkinson, admitted pro hac
vice
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 472-5139
jcashdan@kslaw.com
chopkinson@kslaw.com

/s/ *Michael R. Nelson*
Michael R. Nelson, admitted pro hac vice
Kymberly Kochis, admitted pro hac vice
Francis X. Nolan, admitted pro hac vice
NELSON BROWN & CO.
17 State Street, 29th Floor
New York, New York 10004
Telephone:  (212) 233-0130
Facsimile:  (212) 233-0172
mnelson@nelsonbrownco.com
kkochis@nelsonbrownco.com
fnolan@nelsonbrownco.com

*Counsel for Defendants*

*Artisan & Truckers Casualty Company,*
*Progressive Advanced Insurance*
*Company, Progressive American*
*Insurance Company, Progressive Casualty*
*Insurance Company, Progressive Choice*
*Insurance Company, Progressive Classic*
*Insurance Company, Progressive County*
*Mutual Insurance Company Progressive*
*Direct Insurance Company,*
*Progressive Freedom Insurance*
*Company, Progressive Garden State*

*Allstate Vehicle and Property Insurance Company, Encompass Home and Auto Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, Esurance Insurance Company, Esurance Property and Casualty Insurance Company, Northbrook Indemnity Company*

*Insurance, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Company, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, The Progressive Corporation, and United Financial Casualty Company*

/s/ *David L. Yohai* (w/permission)
David L. Yohai (admitted *pro hac vice*)
John P. Mastando III (admitted *pro hac vice*)
Eric Hochstadt (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
Email: *david.yohai@weil.com*
Email: *john.mastando@weil.com*
Email: *eric.hochstadt@weil.com*

*Counsel for 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Insurance Company, 21st Century North America Insurance Company, 21st*

/s/ *Michael E. Mumford* (w/permission)
Ernest E. Vargo, Admitted Pro Hac Vice
Michael E. Mumford, Admitted Pro Hac Vice
BakerHostetler
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email: *evargo@bakerlaw.com*
Email: *mmumford@bakerlaw.com*

*Counsel For Defendants:*
*Liberty Insurance Corporation*
*Liberty Mutual Holding Company, Inc.*
*Liberty Mutual Insurance Company*
*Liberty Mutual Fire Insurance Company*
*Liberty Mutual Mid-Atlantic Insurance Company*

*Century Pinnacle Insurance Company,*
*Bristol West Insurance Company, Coast*
*National Insurance Company, Farmers*
*Insurance Company of Arizona, Farmers*
*Insurance Company of Washington,*
*Farmers Insurance Company, Inc., Farmers*
*Insurance Exchange, Farmers Insurance*
*Group, Inc., Farmers New Century*
*Insurance Company, Foremost Insurance*
*Company Grand Rapids, Michigan,*
*Foremost Property & Casualty Insurance*
*Company, Illinois Farmers Insurance*
*Company, Mid-Century Insurance*
*Company, and Security National Insurance*
*Company*

*The First Liberty Insurance Corporation*
*First Liberty Mutual Fire Insurance*
*Company*
*First National Insurance Company of*
*America*
*Liberty County Mutual Insurance*
*Company, Texas*
*LM Insurance Corporation*
*LM General Insurance Company*
*Peerless Insurance Company*
*American States Insurance Company*
*Indiana Insurance Company*
*Safeco Insurance Company of America*
*Safeco Insurance Company of Illinois*
*Safeco Insurance Company of Indiana*
*Safeco Insurance Company of Oregon*
*State Automobile Mutual Insurance*
*Company*
*State Auto Property and Casualty*
*Insurance Company*

*/s/ P. Bruce Converse*
P. Bruce Converse (Az Bar No. 005868)
Floyd P. Bienstock (Az Bar No. 006299)
STEPTOE & JOHNSON  LLP
201 E. Washington St., Suite 1600
Phoenix, AZ 85004
Telephone: (602) 257-5274
Telephone: (602) 257-5210
Fax: (602) 257-5299
Email: *bconverse@steptoe.com*
Email: *fbienstock@steptoe.com*

*Attorneys for Defendants Metropolitan*
*Property and Casualty Insurance Company,*
*Metropolitan Direct Property and Casualty*
*Insurance Company, Metropolitan Group*
*Property and Casualty Insurance Company,*
*Metropolitan Casualty Insurance Company,*
*and Metropolitan General Insurance*
*Company*

*/s/ Joseph E. Ezzie* (w/permission)
Joseph E. Ezzie, Admitted Pro Hac Vice
BakerHostetler
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: (614) 462-4758
Facsimile: (614) 462-2616
Email:  *jezzie@bakerlaw.com*

*Counsel For Defendants:*
*Grange Mutual Casualty Company*
*Grange Insurance Company of Michigan*
*Grange Indemnity Insurance Company*
*Grange Property & Casualty Insurance*
*Company*

/s/ *Timothy J. Rooney*

Timothy J. Rooney (admitted pro hac vice)
Norman K. Beck (admitted pro hac vice)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*trooney@winston.com*
*nbeck@winston.com*

Laura Besvinick
**HOGAN LOVELLS US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
Fla. Bar No. 391158
*laura.besvinick@hoganlovells.com*

*Counsel for The Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travco Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Commercial Insurance Company, Travelers Personal Insurance Company, Travelers Personal Security Insurance Company, Travelers Property Casualty Company, Travelers Property Casualty Company of America, and Travelers Property Casualty Insurance Company*

/s/ *Jeffery D. Ubersax* (w/permission)

Jeffery D. Ubersax
Joseph R. Coburn
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-7112
Fax: (216) 579-0212
*jdubersax@jonesday.com*
*jcoburn@jonesday.com*

James M. Jones
Anderson T. Bailey
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone:  (412) 391-3939
Fax:  (412) 394-7959
*jmjones@jonesday.com*
*atbailey@jonesday.com*

Eric P. Berlin
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601-1691
Telephone: (312) 782-3939
Fax: (312) 782-8585
*epberlin@jonesday.com*

*Counsel for Erie Insurance Company and Erie Insurance Exchange*

/s/ Christopher C. Skambis
CHRISTOPHER C. SKAMBIS
Florida Bar No. 0262358
THE SKAMBIS LAW FIRM
720 Rugby Street, Suite 120
Orlando, Florida 32804
Telephone: (407) 649-0090
Facsimile: (407) 649-0191
Email: cskambis@skambislaw.com

*Attorneys for Defendants Safeway Insurance Company, Safeway Insurance Company of Louisiana, Safeway Insurance Company of Alabama*

   s/ Michael R. Pennington
Michael R. Pennington, Trial Counsel
(Alabama Bar No. ASB-0178-T63M)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
*mpennington@babc.com*

*Attorney for Defendants
First Acceptance Insurance Company, Inc.
First Acceptance Insurance Company of Tennessee, Inc.,
Infinity Insurance  Company, and
Infinity Auto Insurance Company*

/s/ Kathy J. Maus (w/permission)
Kathy J. Maus, Esq.
Florida Bar No. 896330
Julius F. "Rick" Parker
Florida Bar No. 160857
BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP
3600 Maclay blvd., Suite 101

/s/Robert L. Steinmetz
Robert L. Steinmetz
Gwin Steinmetz & Baird, PLLC
401 W. Main Street, Suite 1000
Louisville, KY 40202
Direct: 502-618-5711
Cell: 502-836-8028
Main: 502-618-5700
Fax: 502-618-5701
email: rsteinmetz@gsblegal.com

*Counsel for Safe Auto Insurance Company*

SNELL & WILMER L.L.P.

/s/ Dan W. Goldfine
Dan W. Goldfine (*admitted pro hac vice*)
Joshua Grabel (*admitted pro hac vice*)
Jamie L. Halavais (*admitted pro hac vice*)
Ian Fischer (*admitted pro hac vice*)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602-382-6000
Facsimile: 602-382-6070
Email: dgoldfine@swlaw.com
         jgrabel@swlaw.com
         jhalavais@swlaw.com
         ifischer@swlaw.com

*Counsel for GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, and Government Employees Insurance Company*

/s/ Lori McAllister
Lori McAllister
Theodore J. Greeley
DYKEMA GOSSETT PLLC
201 Townsend, Suite 900
Lansing, MI 48933
Telephone: 517-374-9150
Facsimile: 855-258-3519

Tallahassee, FL 32312
Phone: (850) 894-4499
Fax: (850) 894-4999
*kmaus@butlerpappas.com*
*jparker@butlerpappas.com*

*Counsel for Mercury Insurance Company of Florida*

Email: *lmcallister@dykema.com*

*Counsel for Auto-Owners Insurance Company, The Hanover American Insurance Company, The Hanover Insurance Company, Citizens Insurance Company of America, Michigan Millers Mutual Insurance Company, and Allmerica Financial Alliance Insurance Company*

/s/ John J. Haggerty (w/permission)
John J. Haggerty (*Admitted Pro Hac Vice*)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Telephone: (215) 345-7500
Facsimile: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Westfield Insurance Company*

/s/*Brian S. Jones*
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
*b.jones@boselaw.com*

*ATTORNEYS FOR INDIANA FARMERS MUTUAL INSURANCE COMPANY*

By: /s/ Thomas G. Rohback
Thomas G. Rohback
(*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Facsimile: (860) 275-8101
*trohback@axinn.com*

*Attorneys for Defendants Hartford Accident and Indemnity Company and Hartford Underwriters Insurance Company*

/s/ *Maria Elena Abate*
Maria Elena Abate
Fla. Bar No. 770418
COLODNY FASS, P.A.
One Financial Plaza, 23rd Floor
100 Southeast 3rd Avenue
Fort Lauderdale, Florida 33394
Telephone:(954) 492-4010
Facsimile: (954) 492-1144
*mabate@colodnyfass.com*

*Counsel for Florida Farm Bureau Casualty Insurance Company and Florida Farm Bureau General Insurance Company*

s/ *Matthew C. Blickensderfer*
Matthew C. Blickensderfer
Frost Brown Todd llc
3300 Great American Tower
301 East Fourth Street

WILLINGHAM & COTÉ, P.C.
*Attorneys for Defendants Farm Bureau General Insurance Company of Michigan and Farm Bureau Mutual Insurance Company of Michigan*

Cincinnati, Ohio 45202
(513) 651-6162 (phone)
(513) 651-6981 (fax)
*mblickensderfer@fbtlaw.com*

*Attorney for Defendant The Cincinnati Insurance Company*

/s/ *Michael B. de Leeuw*
Michael B. de Leeuw
John J. Sullivan
Jason Bonk
COZEN O'CONNOR
45 Broadway, Suite 1600
New York, NY 10006
P: (212) 509-9400
F: (212) 509-9492
*MdeLeeuw@cozen.com*
*JSullivan@cozen.com*
*JBonk@cozen.com*

*Attorneys for Defendant AIG Property Casualty Company*

/s/ *Kathy L. Osborn*
Kathy L. Osborn, Indiana Atty. No. 21927-53
Ryan M. Hurley, Indiana Atty. No. 24956-49
Sarah C. Jenkins, Indiana Atty. No. 26421-53
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
*Kathy.osborn@faegrebd.com*
*Ryan.hurley@faegrebd.com*
*Sarah.jenkins@faegrebd.com*
Tel. (317) 237-0300
Fax (317) 237-1000

Michael S. McCarthy, Colorado Atty. No. 6688

BY /s/ *Anthony S. Kogut*
Anthony S. Kogut (P31697)
333 Albert Avenue
Suite 500
East Lansing, MI 48823
517-351-6200

/s/ *R. Wardell Loveland*
R. Wardell Loveland, Esq.
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
*rloveland@chdlawyers.com*

*Counsel for CSAA Insurance Exchange, CSAA Fire & Casualty Insurance Company,AAA Mid-Atlantic Insurance Company, now named CSAA Mid-Atlantic Insurance Company,and Western United Insurance Company, now named CSAA General Insurance Company*

/s/ *Michael H. Carpenter*
Michael H. Carpenter
Michael N. Beekhuizen
Peter T. Snow
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 telephone
(614) 365-9145 facsimile
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

Mark J. Botti
Squire Patton Boggs (US) LLP
1200 19th Street, N.W., Suite 300
Washington, District of Columbia 20036

Heather Carson Perkins, Colorado Atty. No. 30168
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Tel. (303) 607-3703
Fax (303) 607-3600
*Michael.mccarthy@faegrebd.com*
*Heather.perkins@faegrebd.com*

*Counsel for Defendants*
*American Family Mutual Insurance Co.*
*and American Standard Insurance Co.*
*of Wisconsin*

(202) 626-6600 telephone
(202) 626-6780 facsimile
*mark.botti@squirepb.com*

*Attorneys for Defendants Nationwide*
*Mutual Insurance Company, Nationwide*
*Affinity Insurance Company of America,*
*Nationwide Agribusiness Insurance*
*Company, Nationwide Assurance*
*Company, Nationwide General Insurance*
*Company, Nationwide Insurance*
*Company of America, Nationwide*
*Insurance Company of America,*
*Nationwide Insurance Company of*
*Florida, Nationwide Mutual Fire*
*Insurance Company, Nationwide Property*
*and Casualty Insurance Company, Allied*
*Property and Casualty Insurance*
*Company, AMCO Insurance Company,*
*Colonial County Mutual Insurance*
*Company, Depositors Insurance*
*Company, Harleysville Lake States*
*Insurance Company, and Harleysville*
*Preferred Insurance Company*

*/s/ Thomas W. Curvin*
Thomas W. Curvin (Ga. Bar No. 202740)
Amelia Toy Rudolph (Fla. Bar No. 0057015)
Patricia A. Gorham (Fla. Bar No. 0049861)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404.853.8000 (T)
404.853.8806 (F)
*tom.curvin@sutherland.com*
*amelia.rudolph@sutherland.com*
*patricia.gorham@sutherland.com*

*Attorneys for Defendants*
*Zurich American Insurance Company* and
*Zurich American Insurance Company of*
*Illinois*

*/s/ Peter Baumberger*
PETER S. BAUMBERGER, ESQ.
Florida Bar No.: 117803
JENNIFER REMY-ESTORINO, ESQ.
Florida Bar No.: 013877
KUBICKI DRAPER, PA
25 West Flagler Street, Penthouse
Miami, Florida 33130
Direct Line: (305) 982-6713
Facsimile No.: (305) 374-7846
*PSB@kubickidraper.com*
*JR@kubickidraper.com*
*PSB-KD@kubickidraper.com*

*Attorneys for Direct General Insurance*
*Company & Windhaven Insurance*
*Company*

_/s/ Seth A. Schmeeckle_  
Seth A. Schmeeckle, Trial Counsel  
Louisiana Bar No. 27076  
Lugenbuhl, Wheaton, Peck, Rankin  
& Hubbard, A Law Corp.  
601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Telephone: (504) 568-1990  
Fax: (504) 310-9195  
_sschmeeckle@lawla.com_

and

Marjorie M. Salazar  
Florida Bar No. 0939021  
Lugenbuhl, Wheaton, Peck, Rankin  
& Hubbard, A Law Corp.  
815 Walker St., Suite 1447  
Houston, TX 77002  
Telephone: (713) 222-1990  
Fax: (713) 222-1996  
_msalazar@lawla.com_

ATTORNEYS FOR DEFENDANTS  
HORACE MANN INSURANCE  
COMPANY AND HORACE MANN  
PROPERTY & CASUALTY INSURANCE  
COMPANY

_/s/ Seth A. Schmeeckle_  
Seth A. Schmeeckle, Trial Counsel  
Louisiana Bar No. 27076  
Lugenbuhl, Wheaton, Peck, Rankin  
& Hubbard, A Law Corp.  
601 Poydras Street, Suite 2775  
New Orleans, LA 70130  
Telephone: (504) 568-1990  
Fax: (504) 310-9195  
_sschmeeckle@lawla.com_

and

Marjorie M. Salazar  
Florida Bar No. 0939021  
Lugenbuhl, Wheaton, Peck, Rankin  
& Hubbard, A Law Corp.  
815 Walker St., Suite 1447  
Houston, TX 77002  
Telephone: (713) 222-1990  
Fax: (713) 222-1996  
msalazar@lawla.com

ATTORNEYS FOR DEFENDANTS  
THE HANOVER INS. CO. &  
THE HANOVER AMERICAN INS. CO.

RHOADS & SINON LLP

By: _/s/ Thomas A. French_  
Thomas A. French  
Attorney I.D. No. PA 39305  
One South Market Square, 12th Floor  
P.O. Box 1146  
Harrisburg, PA 17108-1146  
Phone: (717) 233-5731  
Fax: (717) 238-8622  
Email: _tfrench@rhoads-sinon.com_

_Attorneys for Defendant Donegal Mutual_  
_Insurance Company_

/s/ _Rowe W. Snider_  
Rowe W. Snider – Trial Counsel  
Matthew T. Furton  
Julia C. Webb  
LOCKE LORD LLP  
111 S. Wacker Drive  
Chicago, IL 60606  
312.443.0700  
_rsnider@lockelord.com_  
_mfurton@lockelord.com_  
_jwebb@lockelord.com_

_Counsel for Defendant Amica Mutual_  
_Insurance Company_

/s/ *William J. Kelly III*
William J. Kelly III
**KELLY & WALKER LLC**
(Colorado Bar  No. 38749)
(Louisiana Bar  No. 21662)
1401 17th Street, Suite 925
Denver, Colorado 80202
Tel: (720) 236-1800
Fax: (720) 236-1799
*wkelly@kellywalkerlaw.com*

*Counsel for Defendant COUNTRY*
*Mutual  Insurance Company, COUNTRY*
*Casualty Insurance Company*
*COUNTRY Preferred Insurance Company*

/s/ *Frank G. Burt (w/permission)*
Frank G. Burt (FL Bar No. 343862)
C. Todd Willis (FL Bar No. 670766)
CARLTON FIELDS JORDEN BURT
P.A.
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, D.C. 20007
Telephone:  202.965.8100
Facsimile:  202.965.8104
*fburt@cfjblaw.com*
*twillis@cfjblaw.com*

*Counsel for American Bankers Insurance*
*Company of Florida*

/s/ *Lara J. Edelstein*
Lara J. Edelstein
Florida Bar No. 78591
E-mail: *ledelstein@uaig.net*
Paul E. Susz
Florida Bar No. 836095
Email:*psusz@uaig.net*
Office of the General Counsel/Trial
Division United Automobile Insurance
Company
1313 N.W. 167 Street
Miami Gardens, FL 33169
Telephone: (305) 774-6160

/s/ *E.K. Cottrell*
E.K. Cottrell (Fla. Bar No: 0013579)
EMAIL: *ecottrell@sgrlaw.com*
SMITH, GAMBRELL & RUSSELL, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   (904) 598-6100
Facsimile:    (904) 598-6300

*Attorneys for Defendants, Viking*
*Insurance Company of Wisconsin,*
*Dairyland Insurance Company, Sentry*
*Insurance A Mutual Company and*
*Sentry Select Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF System.

/s/ Hal K. Litchford
Hal K. Litchford

# EXHIBIT A

21st Century Assurance Company
21st Century Centennial Insurance Company
21st Century Indemnity Insurance Company
21st Century Insurance Company
21st Century North America Insurance Company
21st Century Pinnacle Insurance Company
AAA Mid-Atlantic Insurance Company, now named CSAA Mid-Atlantic Insurance
    Company
AIG Property Casualty Company
Allied Property and Casualty Insurance Company
Allmerica Financial Alliance Insurance Company
Allstate Corporation
Allstate County Mutual Insurance Company
Allstate Fire And Casualty Insurance Company
Allstate Indemnity Company
Allstate Insurance Company
Allstate New Jersey Insurance Company
Allstate New Jersey Property and Casualty Insurance Company
Allstate Northbrook Indemnity Company
Allstate Property And Casualty Insurance Company
Allstate Vehicle and Property Insurance Company
AMCO Insurance Company
American Bankers Insurance Company of Florida
American Family Mutual Insurance Co.
American Standard Insurance Co. of Wisconsin
American States Insurance Company
Amica Mutual Insurance Company
Artisan & Truckers Casualty Company
Auto-Owners Insurance Company
Bristol West Insurance Company
Citizens Insurance Company of America
Coast National Insurance Company
Colonial County Mutual Insurance Company
COUNTRY Casualty Insurance Company
COUNTRY Mutual  Insurance Company
COUNTRY Preferred Insurance Company
CSAA Fire & Casualty Insurance Company
CSAA Insurance Exchange
Dairyland Insurance Company
Depositors Insurance Company
Direct General Insurance Company
Donegal Mutual Insurance Company

Encompass Home and Auto Insurance Company
Encompass Indemnity Company
Encompass Insurance Company of America
Encompass Property and Casualty Company
Erie Insurance Company
Erie Insurance Exchange
Esurance Insurance Company
Esurance Property and Casualty Insurance Company
Farm Bureau General Insurance Company of Michigan
Farm Bureau Mutual Insurance Company of Michigan
Farmers Insurance Company of Arizona
Farmers Insurance Company of Washington
Farmers Insurance Company, Inc.
Farmers Insurance Exchange
Farmers Insurance Group, Inc.
Farmers New Century Insurance Company
First Acceptance Insurance Company of Tennessee, Inc.
First Acceptance Insurance Company, Inc.
First Liberty Mutual Fire Insurance Company
First National Insurance Company of America
Florida Farm Bureau Casualty Insurance Company
Florida Farm Bureau General Insurance Company
Foremost Insurance Company Grand Rapids, Michigan
Foremost Property & Casualty Insurance Company
GEICO Casualty Company
GEICO General Insurance Company
GEICO Indemnity Company
Government Employees Insurance Company
Grange Indemnity Insurance Company
Grange Insurance Company of Michigan
Grange Mutual Casualty Company
Grange Property & Casualty Insurance Company
Harleysville Lake States Insurance Company
Harleysville Preferred Insurance Company
Hartford Accident and Indemnity Company
Hartford Underwriters Insurance Company
Horace Mann Insurance Company
Horace Mann Property & Casualty Insurance Company
Illinois Farmers Insurance Company
Indiana Farmers Mutual Insurance Company
Indiana Insurance Company
Infinity Auto Insurance Company
Infinity Insurance  Company
Liberty County Mutual Insurance Company, Texas

Liberty Insurance Corporation
Liberty Mutual Fire Insurance Company
Liberty Mutual Holding Company, Inc.
Liberty Mutual Insurance Company
Liberty Mutual Mid-Atlantic Insurance Company
LM General Insurance Company
LM Insurance Corporation
Mercury Insurance Company of Florida
Metropolitan Casualty Insurance Company
Metropolitan Direct Property and Casualty Insurance Company
Metropolitan General Insurance Company
Metropolitan Group Property and Casualty Insurance Company
Metropolitan Property and Casualty Insurance Company
Michigan Millers Mutual Insurance Company
Mid-Century Insurance Company
Nationwide Affinity Insurance Company of America
Nationwide Agribusiness Insurance Company
Nationwide Assurance Company
Nationwide General Insurance Company
Nationwide Insurance Company of America
Nationwide Insurance Company of America
Nationwide Insurance Company of Florida
Nationwide Mutual Fire Insurance Company
Nationwide Mutual Insurance Company
Nationwide Property and Casualty Insurance Company
Northbrook Indemnity Company
Peerless Insurance Company
Progressive Casualty Insurance Company
Progressive Choice Insurance Company
Progressive Classic Insurance Company
Progressive County Mutual Insurance Company
Progressive Direct Insurance Company
Progressive Garden State Insurance
Progressive Max Insurance Company
Progressive Mountain Insurance Company
Progressive Northern Insurance Company
Progressive Northwestern Insurance
Progressive Security Insurance Company
Progressive Select Insurance Company
Progressive Southeastern Insurance Company
Progressive Universal Insurance Company
Progressive West Insurance Company
Progressive Advanced Insurance Company
Progressive American Insurance Company

Progressive Freedom Insurance Company
Progressive Gulf Insurance Company
Progressive Hawaii Insurance Company
Progressive Marathon Insurance Company
Progressive Michigan Insurance Company
Progressive Paloverde Insurance Company
Progressive Preferred Insurance Company
Progressive Specialty Insurance Company
Safe Auto Insurance Company
Safeco Insurance Company of America
Safeco Insurance Company of Illinois
Safeco Insurance Company of Indiana
Safeco Insurance Company of Oregon
Safeway Insurance Company
Safeway Insurance Company of Alabama
Safeway Insurance Company of Louisiana
Security National Insurance Company
Sentry Insurance A Mutual Company
Sentry Select Insurance Company
State Auto Property and Casualty Insurance Company
State Automobile Mutual Insurance Company
State Farm Fire and Casualty Company
State Farm General Insurance Company
State Farm Guaranty Insurance Company
State Farm Indemnity Company Zurich American Insurance Company
State Farm Mutual Automobile Insurance Company
The Cincinnati Insurance Company
The First Liberty Insurance Corporation
The Hanover American Insurance Company
The Hanover Insurance Company
The Travelers Home and Marine Insurance Company
The Travelers Indemnity Company
The Travelers Indemnity Company of America
The Travelers Indemnity Company of Connecticut
The Progressive Corporation
Travco Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
Travelers Casualty Company of Connecticut
Travelers Casualty Insurance Company of America
Travelers Commercial Insurance Company
Travelers Personal Insurance Company
Travelers Personal Security Insurance Company
Travelers Property Casualty Company

Travelers Property Casualty Company of America
Travelers Property Casualty Insurance Company
United Automobile Insurance Company
United Services Automobile Association
United Financial Casualty Company
USAA Casualty Insurance Company
USAA General Indemnity Company
Viking Insurance Company of Wisconsin
Western United Insurance Company, now named CSAA General Insurance Company
Westfield Insurance Company
Windhaven Insurance Company
Zurich American Insurance Company of Illinois