UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**In Re: Auto Body Shop Antitrust Litig.,**


**Case No.   6:14-MD-2557-GAP-TBS**


_____

### Defendants' Response to Plaintiffs' Motion
### for Issuance of Subpoena Duces Tecum to Nonparty

As of this filing, plaintiffs' various complaints have been dismissed, or received

Reports and Recommendations for dismissal.   Plaintiffs have been unable to reach discovery

by stating any viable claims, and fail to provide the Court with any basis to order nonparty

discovery in their motion.   Plaintiffs did not even attempt to confer with defendants before

filing this motion, as was their obligation under court rules and Fed. R. Civ. P. 26(d)(1) ("[a]

party may not seek discovery *from any source* before the parties have conferred as required by

Rule 26(f).")   (Emphasis added).

Discovery in these actions has been, and should continue to be stayed, pending the

Court's ruling on the viability of plaintiffs' various complaints.   The stay should not be lifted

merely so that plaintiffs can pursue speculative nonparty discovery with no apparent nexus to

this litigation.   Plaintiffs, as the parties that wish to issue subpoenas, have "the burden of

establishing that the requested information is relevant to its claims or defenses."   *Jee Family*

*Holdings, LLC v. San Jorge Children's Healthcare, Inc.*, 297 F.R.D. 19, 20 (D.P.R. 2014); *see*

*also Siddiq v. Saudi Arabian Airlines Corp.*, No. 6:11-cv-69-Orl-19GJK, 2011 WL 6936485,

at *2 (M.D. Fla. Dec. 7, 2011) ("The party seeking discovery has the threshold burden of demonstrating that the discovery requested is relevant.").

The information requested in a subpoena "is not relevant to subject matter involved in the pending action if the inquiry is based on the party's mere suspicion or speculation." *Micro Motion, Inc. v. Kane Steel Co.*, 894 F.2d 1318, 1326 (Fed. Cir. 1990) (internal citation omitted); *see also Jenkins v. Pech*, No. 8:14CV41, 2015 WL 728305, at *3 (D. Neb. Feb. 19, 2015) ("Mere speculation that information might be useful will not suffice; litigants seeking to compel discovery must describe with a reasonable degree of specificity the information they hope to obtain and its importance to their case."); *Apotex, Inc. v. Mylan Pharm., Inc.*, No. 12-60704-CIV, 2013 WL 8184264, at *5 (S.D. Fla. June 4, 2013) (explaining that the plaintiffs "failed to make a minimal showing of relevance of the requested discovery" because they "have not provided anything beyond mere speculation"); *Enargy Power (Shenzhen) Co. v. Xiaolong Wang*, No. 13-11348-DJC, 2014 WL 2048416, at *3 (D. Mass. May 16, 2014) (explaining that there was no evidence to support the plaintiffs' speculation that there was a "very strong possibility" that the information sought could be relevant). Plaintiffs' request for leave to issue subpoenas should be denied because plaintiffs provide the Court with nothing more than rank speculation, and because the information sought is protected from discovery by the Stored Communications Act. 18 U.S.C. § 2701, *et seq.*

Plaintiffs complain that "hundreds" of them were contacted by two individuals who could not possibly be who they said they were. First, plaintiffs allege that, for a brief period last month and for unknown reasons, a person calling himself "Grant McNeely" contacted body shops and encouraged them to send emails regarding whether the shop is "for" or

"against" alleged insurer "steering" of policyholders to preferred shops. Plaintiffs contend this activity was conducted through a fake internet site – "CNNFollowUp.com" – that was shut down approximately one week after it was created. (Pl. Mot. ¶ 7.) Second, plaintiffs allege that a person calling himself "Tom Maple" left some of them voicemail messages asking the body shops if they would be interested in repairing his car.

Plaintiffs speculate that this activity may somehow relate to this litigation based on the following unsupported assertions:

- "The Plaintiffs reasonably believe that, given the manner in which they were contacted, the subject matter of the contact, the false statements and misrepresentations made during the contact and effort to obtain written statements from the Plaintiffs, the probability this sham effort was conducted by or at the direction of one of the Defendants is substantial." (Pl. Mot. ¶ 11).

- "This attempt did not solicit information regarding litigation directly, but a response to any email innocently sent by a Plaintiff could very well contain a worm, Trojan Horse or other malware allowing 'Tom Maple' access to the Plaintiff's hard drive." (Pl. Mot. ¶ 24).

Plaintiffs offer no evidence or other plausible support for this speculation.

Not only do plaintiffs fail to support the claim that "hundreds of Plaintiffs around the country" got these calls, there are not "hundreds of Plaintiffs" in this MDL. Plaintiffs have provided no substantiation whatsoever from their clients concerning whether the alleged contacts occurred, which shops received them, whether the shops responded and, if so, what responses they made. Plaintiffs do not contend in their motion that <u>any</u> body shop sent an email response to the CNNFollowUp website. To defendants' knowledge, no information collected by "Grant McNeely" has surfaced. Plaintiffs do not contend that a single plaintiff shop had "a worm, Trojan Horse or other malware" attached to its hard drive. Most important, plaintiffs fail to cite a single fact supporting their claim that defendants are

somehow behind these purported contacts.   Without providing a single fact to support their accusations or to demonstrate that these communications have any nexus to this litigation, plaintiffs have failed to carry their burden in proving the relevancy of the requested discovery.

In a world of internet communications and social media, any person with access to a telephone and a computer can hatch this sort of clumsy robocall campaign.   The shop plaintiffs themselves engage in frequent internet and press communications concerning the litigation and their complaints.   A large group of persons and entities other than defendants have an interest in these issues, including other body shops.   Of course, the person behind this purported scheme may not have any interest at all in these issues – he, she or they might simply be trying to perpetrate an internet scam with no nexus to this litigation at all.   Attributing these actions to defendants or defense counsel is baseless and improper.   The applicable Rules of Professional Conduct prohibit these sorts of baseless accusations,   *See, e.g.*, Fla. R. Prof. Conduct 4.3-1, 4.3-3, 4.3-4, 4.4-4(a); Fla. R. Prof. Conduct 4.3-1 cmt, 4.3-3 cmt; Miss. R. Prof. Conduct 3.1, 3.3, 4.3-4, 4.4(a).

Plaintiffs' complaints have been repeatedly dismissed.   The calls about which plaintiffs now complain have no nexus to this case, and nothing to do with the issues of whether plaintiffs have or can state a viable claim under the antitrust or state laws.   The Supreme Court has said in cases like *Iqbal* that Rule 8 should not open the door to discovery before a valid complaint is on file.   *Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009) ("Rule 8 [of the Federal Rules of Civil Procedure] does not unlock the doors of discovery for a plaintiff armed with nothing more than conclusions.")   Discovery has been properly stayed and should not be opened on this entirely collateral matter.   By plaintiffs' own admission, the calls

4

apparently have stopped and there is no urgency to the requested discovery.   (Pl. Mot. ¶ 20.)

For all of the foregoing reasons, Defendants respectfully request that Plaintiffs' motion for leave to issue subpoenas to Google and GoDaddy.com be denied.

Dated: March 20, 2015

Respectfully submitted,

*/s/ Johanna W. Clark*
Johanna W. Clark
CARLTON FIELDS JORDEN BURT, P.A.
450 S. Orange Ave., Suite 500
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@cfjblaw.com

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmcluggage@eimerstahl.com

Michael P. Kenny
Elizabeth Helmer
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: mike.kenny@alston.com
Email: elizabeth.helmer@alston.com

*Counsel for Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm Guaranty Insurance Company, and State Farm Indemnity Company*

100620173.1

/s/ Michael R. Pennington
Michael R. Pennington, Trial Counsel
(Alabama Bar No. ASB-0178-T63M)
BRADLEY ARANT BOULT CUMMINGS
LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:   (205) 521-8000
Facsimile:   (205) 521-8800
mpennington@babc.com

*Counsel for Defendants First Acceptance
Insurance Company, Inc., First Acceptance
Insurance Company of Tennessee, Inc.,
Infinity Insurance  Company, and
Infinity Auto Insurance Company*


/s/ R. Bradley Best
R. Bradley Best (MS Bar# 10059)
HOLCOMB DUNBAR WATTS BEST
MASTERS & GOLMON, PA
P.O. Drawer 707
400 South Lamar, Suite A
Oxford, MS 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
Email: bradbest@holcombdunbar.com

*Counsel for Defendants Shelter General
Insurance Company and Shelter Mutual
Insurance Company, and ACCC Insurance
Company*


/s/Brian S. Jones
BRIAN S. JONES
CURTIS T. JONES
JOEL T. NAGLE
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700

100620173.1

Indianapolis, IN  46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173 fax
Email: b.jones@boselaw.com
Email: cjones@boselaw.com
Email: jnagle@boselaw.com

*Counsel for Indiana Farmers Mutual Insurance
Company*


*/s/ Timothy J. Rooney*
Timothy J. Rooney (admitted pro hac vice)
Norman K. Beck (admitted pro hac vice)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
trooney@winston.com
nbeck@winston.com

Laura Besvinick
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
Fla. Bar No. 391158
laura.besvinick@hoganlovells.com

*Counsel for The Travelers Home and Marine
Insurance Company, The Travelers Indemnity
Company of America, The Travelers Indemnity
Company of Connecticut, The Travelers
Indemnity Company, Travco Insurance
Company, Travelers Casualty and Surety
Company, Travelers Casualty and Surety
Company of America, Travelers Casualty
Company of Connecticut, Travelers Casualty
Insurance Company of America, Travelers
Commercial Insurance Company, Travelers
Personal Insurance Company, Travelers
Personal Security Insurance Company,*

7

*Travelers Property Casualty Company,*
*Travelers Property Casualty Company of*
*America, and Travelers Property Casualty*
*Insurance Company*


*/s/ Joseph T. Kissane*
Joseph T. Kissane, Esquire
Florida Bar No. 512966
Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, Florida 32257
Phone:  (904) 672-4031
Facsimile:  (904) 672-4050
Joseph. Kissane@csklaw.com


*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan, admitted pro hac vice
Christine A. Hopkinson, admitted pro hac vice
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Phone:  (404) 572-4600
Facsimile:  (404) 472-5139
jcashdan@kslaw.com
chopkinson@kslaw.com


*/s/ Michael R. Nelson*
Michael R. Nelson, admitted pro hac vice
Kymberly Kochis, admitted pro hac vice
Francis X. Nolan, admitted pro hac vice
NELSON BROWN & CO.
17 State Street, 29th Floor
New York, New York 10004
Telephone:  (212) 233-0130
Facsimile:  (212) 233-0172
mnelson@nelsonbrownco.com
kkochis@nelsonbrownco.com
fnolan@nelsonbrownco.com

*Counsel for Defendants*
*Artisan & Truckers Casualty Company,*
*Progressive Advanced Insurance Company,*

8

*Progressive American Insurance Company,*
*Progressive Casualty Insurance Company,*
*Progressive Choice Insurance Company,*
*Progressive Classic Insurance Company,*
*Progressive County Mutual Insurance*
*Company Progressive Direct Insurance*
*Company, Progressive Freedom Insurance*
*Company, Progressive Garden State Insurance,*
*Progressive Gulf Insurance Company,*
*Progressive Hawaii Insurance Company,*
*Progressive Marathon Insurance Company,*
*Progressive Max Insurance Company,*
*Progressive Michigan Insurance Company,*
*Progressive Mountain Insurance Company,*
*Progressive Northern Insurance Company,*
*Progressive Northwestern Insurance,*
*Progressive Paloverde Insurance Company,*
*Progressive Preferred Insurance Company,*
*Progressive Security Insurance Company,*
*Progressive Select Insurance Company,*
*Progressive Southeastern Insurance Company,*
*Progressive Specialty Insurance Company,*
*Progressive Universal Insurance Company,*
*Progressive West Insurance Company,*
*The Progressive Corporation, and*
*United Financial Casualty Company*


*/s/ Michael E. Mumford*
Michael S. Vitale
Florida Bar No. 17136
mvitale@bakerlaw.com
Salomon Laguerre
Florida Bar No. 92470
slaguerre@bakerlaw.com
BakerHostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32802-0112
Telephone (407) 649-4000
Facsimile (407) 841-0168

9

Ernest E. Vargo, *Admitted Pro Hac Vice*
evargo@bakerlaw.com
Michael E. Mumford, *Admitted Pro Hac Vice*
mmumford@bakerlaw.com
BakerHostetler LLP
PNC Center, Suite 3200
1900 East 9th Street
Cleveland, OH 44114-3482
Telephone (216) 621-0200
Facsimile (216) 696-0740

*Counsel for Defendants Liberty Mutual
Insurance Company, Liberty Mutual Fire
Insurance Company, Safeco Insurance
Company of America, Safeco Insurance
Company of Indiana, Safeco Insurance
Company of Illinois, American States
Insurance Company, Indiana Insurance
Company, State Auto Property and
Casualty Insurance Company, State
Automobile Mutual Insurance Company,
General Insurance Company of America,
Liberty Mutual Mid-Atlantic Insurance
Company, America First Insurance Company,
First National Insurance Company of America,
Liberty Insurance Company, LM Insurance
Company, LM General Insurance Corp., The
First Liberty Insurance Corporation, and First
Liberty Mutual Fire Insurance Company*


/s/ John J. Haggerty (w/permission)
John J. Haggerty (*Admitted Pro Hac Vice*)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Telephone: (215) 345-7500
Facsimile: (215) 345-7507
jhaggerty@foxrothschild.com
*Counsel for Westfield Insurance Company*

100620173.1

*/s/ Dan W. Goldfine*

Dan W. Goldfine (ASB #018788)
Email: dgoldfine@swlaw.com
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

*Counsel for Defendants GEICO Casualty
Company, GEICO Choice Insurance Company,
GEICO Secure Insurance Company,
Government Employees Insurance Company,
GEICO General Insurance Company, GEICO
Advantage Insurance Company, and GEICO
Indemnity Insurance Company*


*/s/ Julius F. Parker III*

Kathy J. Maus, Esq.
Florida Bar No.: 0896330
kmaus@butlerpappas.com
Julius F. Parker, III, Esq.
Florida Bar No.: 0160857
jparker@butlerpappas.com
Secondary: eservice@butlerpappas.com
3600 Maclay Boulevard, Suite 101
Tallahassee, FL 32312
Telephone: (850) 894-4111
Facsimile: (850) 894-4999

*Counsel for Defendant
Mercury Insurance Company of Florida,
Mercury Insurance Company of Illinois,
Mercury Insurance Company, and California
Automobile Insurance Company*


*/s/ E.K. Cottrell*

E.K. Cottrell (Fl. Bar No. 0013579)
Email: ecottrell@sgrlaw.com
Smith, Gambrell & Russell, LLP

100620173.1

50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300

*Counsel for Defendants*
*Sentry Insurance A Mutual Company and*
*Sentry Select Insurance Company, and*
*Dairyland Insurance Company*

*/s/ Richard L. Fenton*
Richard L. Fenton (admitted *pro hac vice*)
Mark L. Hanover (admitted *pro hac vice*)
Dentons US LLP
233 S. Wacker Dr., Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-793
Email: richard.fenton@dentons.com
Email: mark.hanover@dentons.com

Lori J. Caldwell (Florida Bar No. 026874)
Rumberger, Kirk & Caldwell, PA
300 S. Orange Ave., Suite 1400
P.O. Box 1873
Orlando, FL 32802-1873
Telephone: (407) 839-4511
Facsimile: (407) 835-2011
Email: lcaldwell@rumberger.com

*Counsel for Defendants*
*Allstate Insurance Company, Allstate*
*Indemnity Company, Allstate Property and*
*Casualty Insurance Company, Allstate Vehicle*
*and Property Insurance Company, Allstate Fire*
*and Casualty Insurance Company, Encompass*
*Indemnity Company, Encompass Insurance*
*Company of America, Encompass Property and*
*Casualty Company, Esurance Insurance*
*Company, Esurance Property & Casualty*
*Insurance Company, Allstate New Jersey*
*Insurance Company, Allstate New Jersey*
*Property and Casualty Insurance Company,*

12

*Encompass Home & Auto Insurance Company,*
*and Allstate Northbrook Indemnity Company*


*/s/ Hal K. Litchford*
Hal K. Litchford (272485)
Baker, Donelson, Bearman, Caldwell &
   Berkowitz, PC
Sun Trust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com

-and-

Amelia W. Koch (Admitted *Pro Hac Vice*)
Steven F. Griffith, Jr. (Admitted *Pro Hac Vice*)
Baker, Donelson, Bearman Cladwell &
   Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: akoch@bakerdonelson.com
Email: sgriffith@bakerdonelson.com

*Counsel for Defendants*
*USAA Casualty Insurance Company, USAA*
*General Insurance Company, United Services*
*Automobile Association and Garrison Property*
*and Casualty Insurance Company*


*s/ Matthew C. Blickensderfer*
Matthew C. Blickensderfer
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202

100620173.1

(513) 651-6162 (phone)
(513) 651-6981 (fax)
mblickensderfer@fbtlaw.com

*Counsel for Defendant The Cincinnati Insurance Company*


*/s/ Kathy L. Osborn*
Kathy L. Osborn, Indiana Atty. No. 21927-53
Ryan M. Hurley, Indiana Atty. No. 24956-49
Sarah C. Jenkins, Indiana Atty. No. 26421-53
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Kathy.osborn@faegrebd.com
Ryan.hurley@faegrebd.com
Sarah.jenkins@faegrebd.com
Tel. (317) 237-0300
Fax (317) 237-1000

Michael S. McCarthy, Colorado Atty. No. 6688
Heather Carson Perkins, Colorado Atty. No. 30168
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
Tel. (303) 607-3703
Fax (303) 607-3600
Michael.mccarthy@faegrebd.com
Heather.perkins@faegrebd.com

*Counsel for Defendants*
*American Family Mutual Insurance Co.*
*and American Standard Insurance Co.*
*of Wisconsin*


*/s/ Thomas G. Rohback*
Thomas G. Rohback (*pro hac vice*)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

14

Telephone:   (860) 275-8100
Facsimile:   (860 275-8101
troback@axinn.com

J. Suzanne M. Lehner
Florida Bar No.:   002368
Quintairos, Prieto, Wood & Boyer, P.A.
4905 West Laurel Street
Tampa, Florida 33607
Telephone:   (813) 286-8818
Facsimile:   (813) 286-9998
suzanne.lehner@qpwblaw.com

*Counsel for Defendants Hartford Accident and Indemnity Company, Hartford Underwriters Insurance Company, Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Property and Casualty Insurance Company of Hartford, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, Hartford Insurance Company of Illinois, Sentinel Insurance Company LTD, and Twin City Fire Insurance Company*

/s/ Robert L. Steinmetz
Robert L. Steinmetz (Kentucky Bar No. 67488)
GWIN, STEINMETZ, & BAIRD, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1000
Louisville, KY 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
rsteinmetz@gsblegal.com

*Counsel for Defendant
Safe Auto Insurance Company*

/s/ Rowe W. Snider
Rowe W. Snider – Trial Counsel
Matthew T. Furton

15

Julia C. Webb
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0700
rsnider@lockelord.com
mfurton@lockelord.com
jwebb@lockelord.com

*Counsel for Defendant Amica Mutual Insurance Company*


*/s/ Joseph E. Ezzie*
Joseph E. Ezzie
Email: jezzie@bakerlaw.com
BAKERHOSTETLER
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616

*Counsel for Grange Indemnity Ins. Co., Grange Insurance Co. of Michigan, Grange Mutual Casualty Co., and Grange Property & Casualty Ins. Co.*


/s/ Christopher R. Pennison
Christopher R. Pennison (LA No. 22584)
LARZELERE PICOU WELLS SIMPSON
LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Tel: (504) 834-6500
Fax: (504) 834-6565
cpennison@lpwsl.com

*Counsel for Defendant American National Property and Casualty Company and American National General Insurance Company*

100620173.1

/s/ R. Wardell Loveland
R. Wardell Loveland (SBN 127736)
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
rloveland@chdlawyers.com

*Counsel for CSAA Insurance Exchange, CSAA Fire & Casualty Insurance Company, AAA Mid Atlantic Insurance Company, and Western United Insurance Company*


By: /s/ Jeffrey R. Seewald
JEFFREY R. SEEWALD
Texas State Bar No. 17986640
McGlinchey Stafford, PLLC
1001 McKinney Street, Suite 1500
Houston, Texas 77002
Phone: 713-520-1900
Fax: 713-520-1025
Email: jseewald@mcglinchey.com

ANTHONY J. ROLLO
Louisiana State Bar No. 01133
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge LA 70801
Phone: 225-383-9000
Fax: 225-343-3076
Email: arollo@mcglinchey.com

RANDY R. DOW
Florida Bar No. 121118
McGlinchey Stafford PLLC
One East Broward Blvd., Suite 1400
Fort Lauderdale FL 33301
Phone: 954-356-2501
Fax: 954-333-3847

Email: rdow@mcglinchey.com

*Counsel for Defendant Affirmative Insurance
Company and U.S. Agencies Casualty
Insurance Company*


*/s/ Lori McAllister*
Lori McAllister
Theodore J. Greeley
DYKEMA GOSSETT PLLC
201 Townsend, Suite 900
Lansing, MI 48933
Telephone: 517-374-9150
Facsimile: 855-258-3519
Email: lmcallister@dykema.com

*Counsel for Auto-Owners Insurance Company,
The Hanover American Insurance Company,
The Hanover Insurance Company, Citizens
Insurance Company of America, Michigan
Millers Mutual Insurance Company, and
Allmerica Financial Alliance Insurance
Company*


*s/ Michael H. Carpenter*
Michael H. Carpenter
Michael N. Beekhuizen
Peter T. Snow
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 telephone
(614) 365-9145 facsimile
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

Mark J. Botti
Squire Patton Boggs (US) LLP
1200 19th Street, N.W., Suite 300
Washington, District of Columbia   20036
(202) 626-6600 telephone
(202) 626-6780 facsimile
mark.botti@squirepb.com

*Attorneys for Defendants Nationwide Mutual Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Agribusiness Insurance Company, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Insurance Company of America, Nationwide Insurance Company of Florida, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Allied Property and Casualty Insurance Company, AMCO Insurance Company, Colonial County Mutual Insurance Company, Depositors Insurance Company, Harleysville Lake States Insurance Company, and Harleysville Preferred Insurance Company*

*/s/ P. Bruce Converse*
P. Bruce Converse (Az Bar No. 005868)
Floyd P. Bienstock (Az Bar No. 006299)
STEPTOE & JOHNSON   LLP
201 E. Washington St., Suite 1600
Phoenix, AZ 85004
Telephone: (602) 257-5274
Telephone: (602) 257-5210
Fax: (602) 257-5299
Email: bconverse@steptoe.com
Email: fbienstock@steptoe.com

*Counsel for Defendants Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company,*

19

*Metropolitan Group Property and Casualty Insurance Company,*
*Metropolitan Casualty Insurance Company, and*
*Metropolitan General Insurance Company*


*/s/ Lara J. Edelstein*
Lara J. Edelstein
Florida Bar No. 78591
E-mail: ledelstein@uaig.net
Paul E. Susz
Florida Bar No. 836095
Email:psusz@uaig.net
Office of the General Counsel/Trial Division
United Automobile Insurance Company
1313 N.W. 167 Street
Miami Gardens, FL 33169
Telephone: (305) 774-6160


/s/ Christopher C. Skambis
CHRISTOPHER C. SKAMBIS
Florida Bar No. 0262358
THE SKAMBIS LAW FIRM
720 Rugby Street, Suite 120
Orlando, Florida   32804
Telephone: (407) 649-0090
Facsimile:    (407) 649-0191
Email:    *cskambis@skambislaw.com*

*Counsel for Defendants Safeway Insurance Company, Safeway Insurance Company of Lousiana, Safeway Insurance Company of Alabama*


*/s/ Maria Elena Abate*
Maria Elena Abate
Fla. Bar No. 770418
COLODNY FASS, P.A.
One Financial Plaza, 23rd Floor
100 Southeast 3rd Avenue

20

Fort Lauderdale, Florida 33394
Telephone: (954) 492-4010
Facsimile: (954) 492-1144
mabate@colodnyfass.com

*Counsel for Florida Farm Bureau Casualty
Insurance Company and Florida Farm Bureau
General Insurance Company*

*/s/ Michael B. de Leeuw*
Michael B. de Leeuw
John J. Sullivan
Jason Bonk
COZEN O'CONNOR
45 Broadway, Suite 1600
New York, NY 10006
P: (212) 509-9400
F: (212) 509-9492
MdeLeeuw@cozen.com
JSullivan@cozen.com
JBonk@cozen.com

*Counsel for Defendant
AIG Property Casualty Company*

/s/ David L. Yohai (w/permission)
David L. Yohai (admitted *pro hac vice*)
John P. Mastando III (admitted *pro hac vice*)
Eric Hochstadt (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
Email: david.yohai@weil.com
Email: john.mastando@weil.com
Email: eric.hochstadt@weil.com

*Counsel for 21st Century Assurance Company,
21st Century Centennial Insurance Company,
21st Century Indemnity Insurance Company,*

21

*21st Century Insurance Company, 21st Century North America Insurance Company, 21st Century Pinnacle Insurance Company, Bristol West Insurance Company, Coast National Insurance Company, Farmers Insurance Company of Arizona, Farmers Insurance Company of Washington, Farmers Insurance Company, Inc., Farmers Insurance Exchange, Farmers Insurance Group, Inc., Farmers New Century Insurance Company, Foremost Insurance Company Grand Rapids, Michigan, Foremost Property & Casualty Insurance Company, Illinois Farmers Insurance Company, Mid-Century Insurance Company, and Security National Insurance Company*

22