# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.                                                                                                        Case No: 6:14-md-2557-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

This matter comes before the Court without a hearing on the Motion to Stay Deadlines for Amended Complaints (Doc. 166) filed by the Plaintiffs, and the responses in opposition (Docs. 171, 173) filed by the Defendants.   The Plaintiffs seek to halt the filing of amended complaints in 16 cases in this MDL action pending resolution of pending motions to dismiss in the Florida case (Case No. 6:14-cv-310-ORL-31TBS).   Resolution of those motions, the Plaintiffs assert, should provide a definitive determination as to the necessary contents of all 17 complaints; and once that determination has been made, "master deadlines may be set so as to permit all cases to move forward on essentially the same schedule."

There may be cases in which the best way to move things forward is by imposing a stay, but at least for now, this is not that case.   The Court notes, first, that the Plaintiffs' argument assumes that the Court will rule in their favor on the motions to dismiss in the Florida case. Though possible, this outcome is not such a certainty that the Court is willing to forego all progress in the other 16 cases until the Florida motions to dismiss have been resolved.

In addition, the Plaintiffs' argument assumes that the complaints in the 17 cases are so similar that an assessment of the legal sufficiency of one of them is the functional equivalent of an assessment of the legal sufficiency of all of them.   However, the Court has already resolved one round of contested motions to dismiss in the Florida case.   (Doc. 291 in Case No. 6:14-cv-310-ORL-31TBS).   Despite the Court having granted the motions to dismiss in that case, the Plaintiffs have continued to fight substantively identical motions to dismiss in others.   Insofar as there are relevant differences between Florida law and the laws of the other affected states, the Defendants should have the same opportunity to point them out as the Plaintiffs have had.   Thus, even assuming the Plaintiffs prevail in the Florida case, imposing a stay today seems unlikely to allow these cases to move forward in lockstep tomorrow.

Accordingly, it is hereby

**ORDERED** that the Motion to Stay Deadlines for Amended Complaints (Doc. 166) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 3, 2015.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party