# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**A & E AUTO BODY, INC., et al.**
                **Plaintiffs,**

**v.**                                    **Case No: 6:14-md-2557-Orl-31TBS**

**21ST CENTURY CENTENNIAL**
**INSURANCE COMPANY, et al.**
                **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | Thomas B. Smith | COUNSEL FOR PLAINTIFF: | See attached (Some parties appearing telephonically) |
|---|---|---|---|
| DEPUTY CLERK: | Trish LeGros | | |
| RECORDING: | Digital | COUNSEL FOR DEFENDANT: | See attached (Some parties appearing telephonically) |
| DATE/TIME: | April 14, 2015 9:11 am – 9:34 am | | |

## CLERK'S MINUTES
### Status Conference

Case called, appearances made, procedural setting by the Court.
Parties address the court as to issues pertaining to this case.

Court adjourned.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., et al.
            Plaintiffs,

v.                                                    Case No:  6:14-md-2557-Orl-31TBS

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.
                        Defendants.

ATTORNEY APPEARANCES AT STATUS CONFERENCE 4/14/15

| Telephonically | Representing | Personally | Representing |
|---|---|---|---|
| Andrew Abramovich | Acceptable Indemnity | Tom Rohback | |
| Michael Pennington | | Maria Elena Abate | Florida Farm Bureau |
| R. Bradley Best | Shelter Mutual | Steven Bloch | Crawford's Auto Ctr. |
| Matt Blickensderfer | The Cincinnati Ins. Co. | Michael Kenney | |
| Jason Bonk | AIG Property | Michael McCluggage | |
| Sam Camardo | MGA Insurance Co. | Michael Carpenter | Nationwide |
| Attie Carville | Louisiana Farm Bureau | Jeffrey Cashdan | Progressive |
| P. Bruce Converse | Metropolitan et al. | Tim Rooney | |
| Mark Criser | Farm Bureau Prop&Cas | Johanna Clark | State Farm |
| Tom Curvin | Zurich American Ins. | Richard Fenton | Allstate |
| Kathyrn Fei | | Tucker Byrd | |
| Patricia Kipnis | | Amelia Koch | |
| Lara Edelstein | United Automobile Ins. | Manuel Dominguez | |
| Thomas A. French | Donegal Mutual | Dan Goldfine | Geico General |
| Allison Fry | Plaintiff's liaison | John Eaves | |
| Walker Gibson | Direct General | Christopher Pennison | American National |
| Joshua Grabel | Geico entities | Chris Skambis | Safeway Ins Co |
| Ted Greeley | Auto-Owners Ins. et al. | David Yohai | 21st Century Centennial |
| Jamie Halavais | Geico entities | John Haggerty | Westfield Insurance Co. |
| Matthew Hall | Farm Bureau Prop&Cas | Ryan Hurley | American Family Mutual |

| Telephonically | Representing | Personally | Representing |
|---|---|---|---|
| D Cotrell | Great Northern Ins. Co. | Hal Litchford | |
| Kenneth Hardt | Virginia Farm Bureau | John Mastando, III | 21st Century Centennial |
| G. Calvin Hayes | Auto Club Group | Michael McCarty | American Family Mutual |
| Stacie Lambert deBlieux | | Michael Nelson | Progressive |
| Tom Rohback | | Lori Caldwell | |
| Elisabeth Horn | Fireman's Fund | | |
| Amanda Ingersoll | Pennsylvania National | | |
| Brian Jones | Indiana Farmers | | |
| Howard Kaplan | United Fire | | |
| William Kelly, III | Country Casualty | | |
| Gary Klinger | Great Northern Ins. Co. | | |
| Anthony Kogut | Farm Bureau | | |
| Bonnie Lau | Allstate | | |
| | | | |
| Scott Mandel | Hastings Mutual | | |
| W. Mason | | | |
| Kathy Maus | Mercury Ins Co of Fl | | |
| Brian P. Marcelle | Southern Collision | | |
| Julie McCall | GoAuto Insurance Co. | | |
| Mike Mumford | Liberty Mutual, Safeco | | |
| | | | |
| | | | |
| R. Reed Pruyn | Alpine Straightening | | |
| Robert Reklaitis | Elephant Insurance | | |
| Jennifer Remy-Estorino | Windhaven & Direct | | |
| | | | |
| | | | |
| Gregory Sanders | United Insurance - Utah | | |

| | | | |
|---|---|---|---|
| Seth Schmeeckle | Horace Mann Ins. Co. | | |
| Jeffrey Seewald | U.S. Agencies Casualty | | |
| Rowe Snider | Amica Mutual Ins. | | |
| Robert Steinmetz | Safe Auto Insurance | | |
| John Sullivan | AIG Property | | |
| | | | |
| Jeffrey Ubersax | Erie Insurance Co. | | |
| Julie Webb | Amica Mutual | | |
| C. Todd Willis | American Bankers in Fl | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |