# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

A & E AUTO BODY, INC., *et al.,*

    Plaintiffs,

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, *et al.,*

    Defendants.

Case No. 6:14-md-02557-GAP-TBS
ALL CASES

## DEFENDANTS' LIAISON COUNSEL'S REPORT CONCERNING SEPTEMBER STATUS CONFERENCE

On August 21, August 26, August 27, and August 28, undersigned Liaison Counsel for the Defendants unsuccessfully attempted to confer with Liaison Counsel for the antitrust Plaintiffs regarding the necessity for a September status conference. No Defendant believes a status conference is necessary. The antitrust Plaintiffs' position is unknown.

Liaison Counsel for Defendants was able to confer with Steven Bloch, Plaintiffs' counsel in *Crawford's Auto Center, Inc., et al. v. State Farm Mutual Automotive Insurance Company, et al.*, Case No. 6:14-cv-0616-GAP-TBS, and he advises that he has no need for a regularly scheduled conference, but reserves the right to be heard in person should the Court convene a status conference in September.

Respectfully submitted,

*/s/ Hal K. Litchford*
Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida  32802
Telephone:  (407) 422-6600
Facsimile:  (407) 841-0325
Email:  hlitchford@bakerdonelson.com
Email:  kdiamantas@bakerdonelson.com
     -and-
Amelia W. Koch *(admitted pro hac vice)*
Steven F. Griffith, Jr. *(admitted pro hac vice)*
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
Email:  akoch@bakerdonelson.com
Email:  sgriffith@bakerdonelson.com

*Counsel for Defendants, USAA Casualty Insurance Company, United Services Automobile Association and USAA General Indemnity Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ *Hal K. Litchford*
Hal K. Litchford

2

O RXG 734506 v1
2909341-000018