IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| A & E AUTO BODY INC., ET AL. | PLAINTIFFS |
| VS. | CAUSE NO. 6:14-MD-2557 |
| | CASES: 6:14-CV-6015 |
| | 6:14-CV-6010 |
| | 6:14-CV-6018 |
| | 6:15-CV-6022 |
| | 6:14-CV-6013 |
| | 6:14-CV-6012 |
| | 6:14-CV-6019 |
| 21ST CENTURY CENTENNIAL INSURANCE CO., et al | DEFENDANTS |

**MOTION FOR EXTENSION OF TIME**

Come now, Plaintiffs in the above-captioned causes, and file this their Motion for Extension of Time to respond to the motions for attorney's fees and expenses filed by GEICO Defendants on September 30, 2015, and state to the Court the following:

1. Plaintiffs have prepared and served or are serving upon counsel for the GEICO Defendants a Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.

2. The Motions for Attorneys Fees were the motion which precipitated the Motion for Sanctions for violations of Rule 11.

3. Pursuant to the "safe harbor" provision of Rule 11, GEICO counsel is entitled to twenty-one days to determine its course in response to the motion for sanctions and whether or not it will withdraw the offending motions.

4. Local rule provides only fourteen days in which to respond to the motions for fees filed by GEICO. This conflicts with the "safe harbor" provision of Rule 11.

5.      In order to allow GEICO Defendants' counsel the twenty-one days permitted by Rule and determine whether or not to withdraw the offending motions, Plaintiffs request the Court grant them an additional twenty days, for a total of thirty-four days, to respond to the motions.

6.      This additional time is necessary as without additional time, the Motion for Sanctions would be rendered moot.

7.      Plaintiffs assert the sole request for this additional time is to comply with and allow full application of the Rules of Civil Procedure. No delay or improper purpose is intended.

8.      With regard to the requirement to confer with counsel prior to filing this motion pursuant to local rule 3.01(g), undersigned counsel contacted Defense liaison counsel on Thursday, October 1, 2015. The matter was referred to GEICO counsel. Undersigned counsel contacted GEICO counsel via electronic mail on Monday, 5 October, 2015. GEICO counsel declined to provide any response to the request for additional time. As a result, undersigned counsel assumes GEICO counsel does not agree to the request for additional time.

9.      Plaintiffs respectfully request an additional twenty days (for a total of thirty four days) to respond to the motions filed by GEICO for attorneys fees and expenses.

Respectfully submitted, this the 5th day of October, 2015.

                                              **A & E AUTO BODY INC., ET AL**

                                              **BY:   Allison P. Fry**
                                              John Arthur Eaves, Jr.
                                              Allison P. Fry

                                              Attorneys for Plaintiffs

John Arthur Eaves
Attorneys at Law

101 N. State Street
Jackson, MS 39201
Telephone:	601.355.7961
Facsimile:	601.355.0530
Email:	allison@eaveslaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion has been served electronically via the ECF system to all counsel of record registered to receive electronic notice.

This the 5th day of October, 2015.

BY:   /s/ Allison P. Fry
Allison P. Fry, Esq.