IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE: AUTO BODY SHOP
ANTITRUST LITIGATION

                                    MDL Case No: 6:14-md-2557-Orl-31TBS

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' "EMERGENCY MOTION"
FOR ISSUANCE OF SUBPOENA *DUCES TECUM* TO NONPARTIES**

      Plaintiffs filed this same motion, unsuccessfully seeking this same nonparty document production, a year ago. (*See* Plaintiffs' prior motion, Doc. 160.) Defendants opposed that original motion, arguing among other things that discovery had been stayed and that Plaintiffs' basis for the motion was without factual support. (*See* Defendants' response to Plaintiffs' prior motion, Doc. 169.) This Court denied Plaintiffs' motion on April 2, 2015, finding that discovery was stayed and that Plaintiffs "failed to show good cause for lifting the stay and permitting them to engage in the requested discovery." (4/2/15 Order at 3, Doc. 174.) Discovery remains stayed in this litigation and, since the Court's April 2, 2015 Order, various of Plaintiffs' complaints have been dismissed many more times – some with prejudice. As a year ago, no complaint has yet survived a motion dismiss.

      This Court should deny the current "emergency motion." To begin with, there is no emergency. The premise of Plaintiffs' instant motion could have been raised long before now. And the bases for denial of Plaintiffs' current "emergency motion" are the same as those expressed by Defendants a year ago, and by the Court in its 4/2/15 Order. Indeed, the bases for denial are even stronger, because Plaintiffs have continued to fail to proffer a

complaint that can survive a motion to dismiss. And the subpoenas themselves were premised on conclusory, unsubstantiated allegations about possible violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, that this Court found to be "speculation" and without "evidence that Defendants were behind the telephone calls." (4/2/15 Order at 3.) Thus, Plaintiffs' current "emergency motion" should be denied for the same reasons.

Plaintiffs unsuccessfully attempt to fashion an entirely new basis for issuing these subpoenas by alleging "on information and belief" that GoDaddy.com and Google are about to destroy documents subject to the requested subpoenas, and are not "under any legal compulsion to comply with a document retention request." Plfs. Mot. at 2-3. Plaintiffs further allege that neither GoDaddy.com nor Google "can or will undertake to confirm they will comply" with such a document retention request. *Id*. at 3. These allegations are offered without either factual or legal support. Plaintiffs offer no showing that documents are about to be destroyed, that GoDaddy.com or Google have document retention policies that could result in the destruction of documents by February 20, 2016, that GoDaddy.com or Google has been contacted about the documents, or that either has refused to retain the documents. To the extent Plaintiffs actually had a substantiated concern about preservation, however, the opening of discovery to allow production under their purported subpoenas *duces tecum* is not an appropriate remedy – and Plaintiffs surely have offered no rationale to conclude otherwise. That is particularly true where the documents sought by these subpoenas are, at best, entirely collateral to the rejected price-fixing allegations in this litigation and do not satisfy Rule

26(b)'s standard that production be "relevant to" Plaintiffs' claims "and proportional to the needs of the case …." FED. R. CIV. P. 26(b).

For all of the foregoing reasons, Defendants respectfully request that Plaintiffs' restyled "emergency motion" for leave to issue subpoenas to Google and GoDaddy.com be denied.

Dated: February 3, 2016

Respectfully submitted,

*/s/ Johanna W. Clark*
Johanna W. Clark
CARLTON FIELDS JORDEN BURT, P.A.
450 S. Orange Ave., Suite 500
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@cfjblaw.com

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmcluggage@eimerstahl.com

Michael P. Kenny
Elizabeth Helmer
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: mike.kenny@alston.com
Email: elizabeth.helmer@alston.com

*Counsel for Defendants State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm General Insurance Company, State Farm*

*Guaranty Insurance Company, and State Farm Indemnity Company*

*/s/ Michael R. Pennington*
Michael R. Pennington, Trial Counsel
(Alabama Bar No. ASB-0178-T63M)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:   (205) 521-8000
Facsimile:   (205) 521-8800
mpennington@babc.com

*Counsel for Defendants First Acceptance Insurance Company, Inc., First Acceptance Insurance Company of Tennessee, Inc., Infinity Insurance   Company, and Infinity Auto Insurance Company*

*/s/ R. Bradley Best*
R. Bradley Best (MS Bar# 10059)
HOLCOMB DUNBAR WATTS BEST MASTERS & GOLMON, PA
P.O. Drawer 707
400 South Lamar, Suite A
Oxford, MS 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
Email: bradbest@holcombdunbar.com

*Counsel for Defendants Shelter General Insurance Company and Shelter Mutual Insurance Company, and ACCC Insurance Company*

*/s/Brian S. Jones*
BRIAN S. JONES
CURTIS T. JONES
JOEL T. NAGLE
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204

Telephone: (317) 684-5000  
Facsimile: (317) 684-5173 fax  
Email: b.jones@boselaw.com  
Email: cjones@boselaw.com  
Email: jnagle@boselaw.com  

*Counsel for Indiana Farmers Mutual Insurance Company*

*/s/ Timothy J. Rooney*  
Timothy J. Rooney (admitted pro hac vice)  
Norman K. Beck (admitted pro hac vice)  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, Illinois 60601  
Telephone: (312) 558-5600  
Facsimile: (312) 558-5700  
trooney@winston.com  
nbeck@winston.com  

Laura Besvinick  
HOGAN LOVELLS US LLP  
600 Brickell Avenue, Suite 2700  
Miami, FL 33131  
Telephone: (305) 459-6500  
Facsimile: (305) 459-6550  
Fla. Bar No. 391158  
laura.besvinick@hoganlovells.com  

*Counsel for The Travelers Home and Marine Insurance Company, The Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travco Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Commercial Insurance Company, Travelers Personal Insurance Company, Travelers Personal Security Insurance Company, Travelers Property Casualty Company, Travelers Property Casualty Company of*

5

103675734.1

*America, and Travelers Property Casualty Insurance Company*

*/s/ Joseph T. Kissane*
Joseph T. Kissane, Esquire
Florida Bar No. 512966
Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, Florida 32257
Phone: (904) 672-4031
Facsimile: (904) 672-4050
Joseph. Kissane@csklaw.com

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan, admitted pro hac vice
Christine A. Hopkinson, admitted pro hac vice
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 472-5139
jcashdan@kslaw.com
chopkinson@kslaw.com

*/s/ Michael R. Nelson*
Michael R. Nelson, admitted pro hac vice
Kymberly Kochis, admitted pro hac vice
Francis X. Nolan, admitted pro hac vice
NELSON BROWN & CO.
17 State Street, 29th Floor
New York, New York 10004
Telephone: (212) 233-0130
Facsimile: (212) 233-0172
mnelson@nelsonbrownco.com
kkochis@nelsonbrownco.com
fnolan@nelsonbrownco.com

*Counsel for Defendants
Artisan & Truckers Casualty Company,
Progressive Advanced Insurance Company,
Progressive American Insurance Company,
Progressive Casualty Insurance Company,
Progressive Choice Insurance Company,
Progressive Classic Insurance Company,*

*Progressive County Mutual Insurance Company Progressive Direct Insurance Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Company, Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, The Progressive Corporation, and United Financial Casualty Company*

/s/ Michael E. Mumford
Michael S. Vitale
Florida Bar No. 17136
mvitale@bakerlaw.com
Salomon Laguerre
Florida Bar No. 92470
slaguerre@bakerlaw.com
BakerHostetler LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32802-0112
Telephone (407) 649-4000
Facsimile (407) 841-0168

Ernest E. Vargo, *Admitted Pro Hac Vice*
evargo@bakerlaw.com
Michael E. Mumford, *Admitted Pro Hac Vice*
mmumford@bakerlaw.com
BakerHostetler LLP
PNC Center, Suite 3200
1900 East 9th Street
Cleveland, OH 44114-3482

Telephone (216) 621-0200
Facsimile (216) 696-0740

*Counsel for Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Safeco Insurance Company of America, Safeco Insurance Company of Indiana, Safeco Insurance Company of Illinois, American States Insurance Company, Indiana Insurance Company, State Auto Property and Casualty Insurance Company, State Automobile Mutual Insurance Company, General Insurance Company of America, Liberty Mutual Mid-Atlantic Insurance Company, America First Insurance Company, First National Insurance Company of America, Liberty Insurance Company, LM Insurance Company, LM General Insurance Corp., The First Liberty Insurance Corporation, and First Liberty Mutual Fire Insurance Company*

*/s/ John J. Haggerty (w/permission)*
John J. Haggerty (*Admitted Pro Hac Vice*)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Telephone: (215) 345-7500
Facsimile: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Westfield Insurance Company*

*/s/ Dan W. Goldfine*
Dan W. Goldfine (ASB #018788)
Email:   dgoldfine@lrrc.com
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200Phoenix, AZ 85004
Telephone:   (602) 262-5311
Facsimile:   (602) 262-5747

*Counsel for Defendants GEICO Casualty Company, GEICO Choice Insurance*

8

*Company, GEICO Secure Insurance Company, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Advantage Insurance Company, and GEICO Indemnity Insurance Company*

*/s/ Julius F. Parker III*
Kathy J. Maus, Esq.
Florida Bar No.: 0896330
kmaus@butlerpappas.com
Julius F. Parker, III, Esq.
Florida Bar No.: 0160857
jparker@butlerpappas.com
Secondary: eservice@butlerpappas.com
3600 Maclay Boulevard, Suite 101
Tallahassee, FL 32312
Telephone: (850) 894-4111
Facsimile: (850) 894-4999

*Counsel for Defendant
Mercury Insurance Company of Florida,
Mercury Insurance Company of Illinois,
Mercury Insurance Company, and California
Automobile Insurance Company*

*/s/ E.K. Cottrell*
E.K. Cottrell (Fl. Bar No. 0013579)
Email: ecottrell@sgrlaw.com
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300

*Counsel for Defendants
Sentry Insurance A Mutual Company and
Sentry Select Insurance Company, and
Dairyland Insurance Company*

*/s/ Richard L. Fenton*
Richard L. Fenton (admitted *pro hac vice*)
Mark L. Hanover (admitted *pro hac vice*)
Dentons US LLP

233 S. Wacker Dr., Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-793
Email: richard.fenton@dentons.com
Email: mark.hanover@dentons.com

Lori J. Caldwell (Florida Bar No. 026874)
Rumberger, Kirk & Caldwell, PA
300 S. Orange Ave., Suite 1400
P.O. Box 1873
Orlando, FL 32802-1873
Telephone: (407) 839-4511
Facsimile: (407) 835-2011
Email: lcaldwell@rumberger.com

*Counsel for Defendants*
*Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Vehicle and Property Insurance Company, Allstate Fire and Casualty Insurance Company, Encompass Indemnity Company, Encompass Insurance Company of America, Encompass Property and Casualty Company, Esurance Insurance Company, Esurance Property & Casualty Insurance Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Encompass Home & Auto Insurance Company, and Allstate Northbrook Indemnity Company*

*/s/ Hal K. Litchford*
Hal K. Litchford (272485)
Baker, Donelson, Bearman, Caldwell &
   Berkowitz, PC
Sun Trust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com

10

-and-

Amelia W. Koch (Admitted *Pro Hac Vice*)
Steven F. Griffith, Jr. (Admitted *Pro Hac Vice*)
Baker, Donelson, Bearman Cladwell &
   Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:   (504) 566-5200
Facsimile:   (504) 636-4000
Email:   akoch@bakerdonelson.com
Email:   sgriffith@bakerdonelson.com

*Counsel for Defendants*
*USAA Casualty Insurance Company, USAA*
*General Insurance Company, United Services*
*Automobile Association and Garrison*
*Property and Casualty Insurance Company*

*s/ Matthew C. Blickensderfer*
Matthew C. Blickensderfer
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6162 (phone)
(513) 651-6981 (fax)
mblickensderfer@fbtlaw.com

*Counsel for Defendant The Cincinnati*
*Insurance Company*

*/s/ Kathy L. Osborn*
Kathy L. Osborn, Indiana Atty. No. 21927-53
Ryan M. Hurley, Indiana Atty. No. 24956-49
Sarah C. Jenkins, Indiana Atty. No. 26421-53
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Kathy.osborn@faegrebd.com
Ryan.hurley@faegrebd.com
Sarah.jenkins@faegrebd.com
Tel. (317) 237-0300

11

Fax (317) 237-1000

Michael S. McCarthy, Colorado Atty. No. 6688
Heather Carson Perkins, Colorado Atty. No. 30168
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Tel. (303) 607-3703
Fax (303) 607-3600
Michael.mccarthy@faegrebd.com
Heather.perkins@faegrebd.com

*Counsel for Defendants*
*American Family Mutual Insurance Co.*
*and American Standard Insurance Co.*
*of Wisconsin*

/s/ Thomas G. Rohback
Thomas G. Rohback (*pro hac vice*)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860 275-8101
troback@axinn.com

J. Suzanne M. Lehner
Florida Bar No.: 002368
Quintairos, Prieto, Wood & Boyer, P.A.
4905 West Laurel Street
Tampa, Florida 33607
Telephone: (813) 286-8818
Facsimile: (813) 286-9998
suzanne.lehner@qpwblaw.com

*Counsel for Defendants Hartford Accident and*
*Indemnity Company, Hartford Underwriters*
*Insurance Company, Hartford Fire Insurance*
*Company, Hartford Casualty Insurance*
*Company, Property and Casualty Insurance*
*Company of Hartford, Hartford Insurance*
*Company of the Midwest, Hartford Insurance*

*Company of the Southeast, Hartford Insurance Company of Illinois, Sentinel Insurance Company LTD, and Twin City Fire Insurance Company*

*/s/ Robert L. Steinmetz*
Robert L. Steinmetz (Kentucky Bar No. 67488)
GWIN, STEINMETZ, & BAIRD, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1000
Louisville, KY 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
rsteinmetz@gsblegal.com

*Counsel for Defendant*
*Safe Auto Insurance Company*

*/s/ Rowe W. Snider*
Rowe W. Snider – Trial Counsel
Matthew T. Furton
Julia C. Webb
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
312.443.0700
rsnider@lockelord.com
mfurton@lockelord.com
jwebb@lockelord.com

*Counsel for Defendant Amica Mutual Insurance Company*

*/s/ Joseph E. Ezzie*
Joseph E. Ezzie
Email: jezzie@bakerlaw.com
BAKERHOSTETLER
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616

*Counsel for Grange Indemnity Ins. Co., Grange Insurance Co. of Michigan, Grange Mutual Casualty Co., and Grange Property & Casualty Ins. Co.*


*/s/ Christopher R. Pennison*
Christopher R. Pennison (LA No. 22584)
LARZELERE PICOU WELLS SIMPSON LONERO, LLC
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Tel: (504) 834-6500
Fax: (504) 834-6565
cpennison@lpwsl.com

*Counsel for Defendant American National Property and Casualty Company and American National General Insurance Company*

*/s/ R. Wardell Loveland*
R. Wardell Loveland (SBN 127736)
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
rloveland@chdlawyers.com

*Counsel for CSAA Insurance Exchange, CSAA Fire & Casualty Insurance Company, AAA Mid Atlantic Insurance Company, and Western United Insurance Company*

*/s/ Jeffrey R. Seewald*
JEFFREY R. SEEWALD
Texas State Bar No. 17986640
McGlinchey Stafford, PLLC
1001 McKinney Street, Suite 1500
Houston, Texas 77002
Phone: 713-520-1900
Fax: 713-520-1025

Email: jseewald@mcglinchey.com

ANTHONY J. ROLLO
Louisiana State Bar No. 01133
McGlinchey Stafford, PLLC
301 Main Street, 14th Floor
Baton Rouge LA 70801
Phone: 225-383-9000
Fax: 225-343-3076
Email: arollo@mcglinchey.com

RANDY R. DOW
Florida Bar No. 121118
McGlinchey Stafford PLLC
One East Broward Blvd., Suite 1400
Fort Lauderdale FL 33301
Phone: 954-356-2501
Fax: 954-333-3847
Email: rdow@mcglinchey.com

*Counsel for Defendant Affirmative Insurance Company and U.S. Agencies Casualty Insurance Company*

*s/ Lori McAllister*
Lori McAllister (P39501)
DYKEMA GOSSETT PLLC
*Attorneys for Auto-Owners Insurance Company*
201 Townsend, Suite 900
Lansing, MI 48933
(517) 374-9150
lmcallister@dykema.com

*Counsel for Auto-Owners Insurance Company, The Hanover American Insurance Company, The Hanover Insurance Company, Citizens Insurance Company of America, Michigan Millers Mutual Insurance Company, and Allmerica Financial Alliance Insurance Company*

*s/ Michael H. Carpenter*
Michael H. Carpenter

15

Michael N. Beekhuizen
Peter T. Snow
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 telephone
(614) 365-9145 facsimile
carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

Mark J. Botti
Squire Patton Boggs (US) LLP
1200 19th Street, N.W., Suite 300
Washington, District of Columbia   20036
(202) 626-6600 telephone
(202) 626-6780 facsimile
mark.botti@squirepb.com

*Attorneys for Defendants Nationwide Mutual Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Agribusiness Insurance Company, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Insurance Company of America, Nationwide Insurance Company of Florida, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Allied Property and Casualty Insurance Company, AMCO Insurance Company, Colonial County Mutual Insurance Company, Depositors Insurance Company, Harleysville Lake States Insurance Company, and Harleysville Preferred Insurance Company*

*/s/ P. Bruce Converse*
P. Bruce Converse (Az Bar No. 005868)
Floyd P. Bienstock (Az Bar No. 006299)
STEPTOE & JOHNSON   LLP
201 E. Washington St., Suite 1600
Phoenix, AZ 85004

Telephone: (602) 257-5274
Telephone: (602) 257-5210
Fax: (602) 257-5299
Email: bconverse@steptoe.com
Email: fbienstock@steptoe.com

*Counsel for Defendants Metropolitan Property and Casualty Insurance Company,*
*Metropolitan Direct Property and Casualty Insurance Company,*
*Metropolitan Group Property and Casualty Insurance Company,*
*Metropolitan Casualty Insurance Company, and*
*Metropolitan General Insurance Company*

/s/ Lara J. Edelstein
Lara J. Edelstein
Florida Bar No. 78591
E-mail: ledelstein@uaig.net
Paul E. Susz
Florida Bar No. 836095
Email: psusz@uaig.net
Office of the General Counsel/Trial Division
United Automobile Insurance Company
1313 N.W. 167 Street
Miami Gardens, FL 33169
Telephone: (305) 774-6160

/s/ Christopher C. Skambis
CHRISTOPHER C. SKAMBIS
Florida Bar No. 0262358
THE SKAMBIS LAW FIRM
720 Rugby Street, Suite 120
Orlando, Florida   32804
Telephone: (407) 649-0090
Facsimile:    (407) 649-0191
Email:   *cskambis@skambislaw.com*

*Counsel for Defendants Safeway Insurance Company, Safeway Insurance Company of Lousiana, Safeway Insurance Company of Alabama*

17

/s/ *Maria Elena Abate*
Maria Elena Abate
Fla. Bar No. 770418
COLODNY FASS, P.A.
One Financial Plaza, 23rd Floor
100 Southeast 3rd Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 492-4010
Facsimile: (954) 492-1144
mabate@colodnyfass.com

*Counsel for Florida Farm Bureau Casualty Insurance Company and Florida Farm Bureau General Insurance Company*

*/s/ Michael B. de Leeuw*
Michael B. de Leeuw
John J. Sullivan
Jason Bonk
COZEN O'CONNOR
45 Broadway, Suite 1600
New York, NY 10006
P: (212) 509-9400
F: (212) 509-9492
MdeLeeuw@cozen.com
JSullivan@cozen.com
JBonk@cozen.com

*Counsel for Defendant AIG Property Casualty Company*

*/s/ David L. Yohai (w/permission)*
David L. Yohai (admitted *pro hac vice*)
John P. Mastando III (admitted *pro hac vice*)
Eric Hochstadt (admitted *pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
Email: david.yohai@weil.com
Email: john.mastando@weil.com
Email: eric.hochstadt@weil.com

18

*Counsel for 21st Century Assurance Company, 21st Century Centennial Insurance Company, 21st Century Indemnity Insurance Company, 21st Century Insurance Company, 21st Century North America Insurance Company, 21st Century Pinnacle Insurance Company, Bristol West Insurance Company, Coast National Insurance Company, Farmers Insurance Company of Arizona, Farmers Insurance Company of Washington, Farmers Insurance Company, Inc., Farmers Insurance Exchange, Farmers Insurance Group, Inc., Farmers New Century Insurance Company, Foremost Insurance Company Grand Rapids, Michigan, Foremost Property & Casualty Insurance Company, Illinois Farmers Insurance Company, Mid-Century Insurance Company, and Security National Insurance Company*

103675734.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Johanna W. Clark*
Johanna W. Clark