# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 16, 2016

Sheryl L. Loesch
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 15-14160-AA ; 15-14162 -AA ; 15-14178 -AA ; 15-14179 -AA ; 15-14180 -AA
Case Style: Quality Auto Painting Center v. State Farm Indemnity Company, et al
District Court Docket No: 6:14-md-02557-GAP-TBS
Secondary Case Number: 6:14-cv-06012-GAP-TBS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 02/09/2016.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: David L. Thomas, AA/lt
Phone #: (404) 335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-14160-AA  ; 15-14162 -AA  ; 15-14178 -AA  ; 15-14179 -AA  ; 15-14180 -AA
_____

QUALITY AUTO PAINTING CENTER OF ROSELLE, INC.,
Traded as Prestige Auto Body,

Plaintiff - Appellant,

versus

STATE FARM INDEMNITY COMPANY,
STATE FARM GUARANTY INSURANCE COMPANY,
PROGRESSIVE FREEDOM INSURANCE COMPANY,
PROGRESSIVE GARDEN STATE INSURANCE COMPANY,
ALLSTATE NEW JERSEY INSURANCE COMPANY,
NATIONWIDE MUTUAL INSURANCE COMPANY,
HANOVER INSURANCE COMPANY,
21ST CENTURY CENTENNIAL INSURANCE COPANY,
21ST CENTURY ASSURANCE COMPANY,
21ST CENTURY PINNACLE INSURANCE, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Quality Auto Painting Center Of Roselle, Inc. in 15-14160 has failed to file an appellant's brief and appendix within the time fixed by the rules [15-14160, 15-14162, 15-14178, 15-14179, 15-14180], effective February 16, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit
by:  David L. Thomas, AA, Deputy Clerk

FOR THE COURT - BY DIRECTION

Case 6:14-md-02557-GAP-TBS   Document 267   Filed 02/16/16   Page 3 of 3 PageID 2599
Case: 15-14160     Date Filed: 02/16/2016     Page: 3 of 3