**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION | MDL Docket No. 2557<br>6:14-md-02557-GAP<br><br>This document relates to:<br><u>All Cases</u> Filed and Included in<br>The Above Referenced MDL |

## <u>NOTICE OF APPEARANCE OF COUNSEL FOR ALL PLAINTIFFS IN THE ABOVE ENTITLED MDL</u>

MARK L. SHURTLEFF of the Shurtleff Law Firm hereby gives notice of his appearance as attorney for all Plaintiffs in each federal district court action which was and is included in the above referenced Multidistrict Litigation, Case No. 6:14-md-02557.

Mark L. Shurtleff is a member in good standing of the Utah and California Bars, and is admitted to practice before the federal courts of Utah and California, Tenth Circuit Court of Appeals and the United States Supreme Court, among other federal courts.

Mr. Shurtleff's contact information is as follows:

> Mark L. Shurtleff
> Shurtleff Law Firm
> P.O. Box 900873
> Sandy, Utah 84090
> Telephone:(801) 441-9625
> mark@shurtlefflawfirm.com

Mr. Shurtleff requests that the Court provide notice of electronic filings to him at

mark@shurtlefflawfirm.com.

1

Mr. Shurtleff has represented the Utah Plaintiffs, Case No. 2:14-cv-60003, since the inception of this MDL, and has familiarized himself with the Court's Local Rules and will continue to conduct himself in accordance with the Code of Professional Responsibility and other ethical limitations or requirements of the Florida Bar.

Dated this 18th Day of February, 2017

_s/ Mark L. Shurtleff_
Mark L. Shurtleff
Shurtleff Law Firm
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 18th, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

_s/ Mark L. Shurtleff_