UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: AUTO BODY SHOP ANTITRUST LITIGATION | MDL Docket No. 2557<br>6:14-md-02557-GAP<br><br>This document relates to:<br><u>All Cases</u> Filed and Included in<br>The Above Referenced MDL |

**MOTION TO APPOINT NEW PLAINTIFF LIAISON COUNSEL**

Come now Plaintiffs in the above-captioned multidistrict litigation and hereby file this unopposed motion to appoint new Plaintiff Liaison Counsel as follows:

On April 10, 2014, Mark L. Shurtleff, Shurtleff Law Firm, filed in the United States District Court, District of Utah, a complaint entitled Alpine Straightening Systems, et al, vs. State Farm Mut. Auto Ins. Co., et al, Case No. 2:14-cv-261.

On August 11, 2014, that case was transferred to this court and consolidated with other cases into Case No. 6:14-md-2557, and was assigned specific Case No. 6:14-cv-6003. Mr. Shurtleff has remained co-counsel on that case to date.

On September 15, 2014, the Court entered an Order (Doc. 42) appointing Allison P. Fry, with the law firm of John Arthur Eaves, Attorneys at Law (Eaves Law Firm), as liaison counsel for Plaintiffs.

On or about January 23, 2017, Ms. Fry left the employment of the Eaves Law Firm and no longer represents any of the Plaintiffs in this MDL.

1

Plaintiffs hereby respectfully request that the Court remove Allison Fry as Plaintiff Liaison Counsel, and appoint Mark L. Shurtleff as Plaintiff Liaison Counsel with the following contact information:

> Mark L. Shurtleff
> Shurtleff Law Firm
> P.O. Box 900873
> Sandy, Utah 84090
> 801/441/9625
> mark@shurtlefflawfirm.com

Mr. Shurtleff represents that he has consulted with Defendant Liaison Counsel Hal K. Litchford, who stated that <u>Defendants do not oppose</u> Mr. Shurtleff's appointment as Plaintiff Liaison Counsel.

Respectfully submitted, this 18th Day of February, 2017

**A & E AUTO BODY, INC., ET AL.**

**BY:** **/s/Mark L. Shurtleff**
John Arthur Eaves, Jr.
Mark L. Shurtleff
Attorneys for Plaintiffs

Mark L. Shurtleff
Shurtleff Law Firm
P.O. Box 900873
Sandy, Utah 84090
801/441/9625
mark@shurtlefflawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION TO APPOINT NEW PLAINTIFF LIAISON COUNSEL** was filed electronically on the 18th Day of February, 2017, and will be served upon all ECF-registered counsel by operation of the Court's electronic filing system. Parties and counsel may access this filing through the Court=s system.

This 18th Day of February, 2017.

BY:    */s/Mark L. Shurtleff*
        Mark L. Shurtleff