# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:
Auto Body Antitrust Litigation

Case No: 6:14-md-2557-Orl-31TBS
(all cases)

_____

## ORDER

This matter came before the Court at a status conference before the undersigned and Judge Smith.  After discussion with counsel representing both plaintiffs and defendants, it was agreed that, as to each case, the current stay should remain in effect pending resolution by the Eleventh Circuit of the three antitrust cases that remain on appeal.[1]  This stay also applies to any party's obligation to refile previously dismissed motions within 30 days of the resolution of any appeal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Those three cases are *Capitol Body Shop, Inc. v. State Farm Mutual Automobile Insurance Company*, Case No. 6:14-cv-6000; *Indiana Autobody Association, Inc. v. State Farm Mutual Automobile Insurance Company*, Case No. 6:14-cv-6001; and *Alpine Straightening Systems v. State Farm Mutual Automobile Insurance Company*, Case No. 6:14-cv-6003.