# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, | Case No. 6:14-MD-02557-GAP-TBS |
| Plaintiff, | 6:18-CV-6025-ORL-31TBS |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

## GOVERNMENT EMPLOYEES INSURANCE COMPANY'S AND LEIF'S AUTO COLLISION CENTERS, LLC'S JOINT STIPULATION AND REPORT

Pursuant to this Court's Order of June 24, 2020, counsel for Defendant and counsel for Plaintiff submit their Joint Stipulation and Report to the Court.

In this case, the Plaintiff asserts three claims against Defendant for violations of Section 1 of the Sherman Act, 15 U.S.C. § 1 – *per se* price fixing, *per se* group boycott, and rule of reason group boycott – and a state law claim for intentional interference with economic relations.

This case was transferred to this MDL proceeding from the District of Oregon on April 16, 2018. Doc. 30.

Defendant filed a motion to dismiss the complaint on December 22, 2017, before this case was transferred. Doc. 21. This case was stayed pending a decision of the Judicial Panel on Multidistrict Litigation and after it was transferred to this MDL proceeding. Doc. 27, 33. Due to the stays, Plaintiff has not responded to the motion to dismiss.

The motion to dismiss does not include reference to opinions issued in the more than two-and-a-half years since it was filed (including those arising out of this MDL proceeding), and cites primarily law from the Ninth Circuit, instead of the Eleventh Circuit. *See Crawford's Auto Ctr., Inc. v. State Farm Mut. Auto. Ins. Co.*, 259 F. Supp. 3d 1344, 1350 (M.D. Fla. 2017), *aff'd*, 945 F.3d 1150 (11th Cir. 2019) ("In a case where federal law is at issue, a transferee court is

obligated to apply the law of its own circuit rather than that of the circuit where the case was originally filed.") (citing *Murphy v. F.D.I.C.*, 208 F.3d 959, 965–66 (11th Cir. 2000)).

The parties stipulate that the pending motion to dismiss (Doc. 21) should be denied without prejudice and jointly propose the following briefing schedule with respect to Plaintiff's complaint:

- Defendant's motion in response to Plaintiff's complaint: August 7, 2020
- Plaintiff's responsive brief: August 28, 2020
- Reply brief: September 4, 2020

The parties agree to a stay of discovery until the motion to dismiss is resolved.

Dated: July 10, 2020

Respectfully submitted,

By: */s/ Dan W. Goldfine*
Dan W. Goldfine
dgoldfine@huschblackwell.com
Joshua Grabel
jgrabel@huschblackwell.com
Ian M. Fischer
ifischer@huschblackwell.com
Jamie L. Halavais
jhalavais@huschblackwell.com
Husch Blackwell LLP
2415 E. Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone: (480) 824-7900
Facsimile: (480) 824-7905
*Counsel for Defendant Government Employees Insurance Company*

By: */s/ Steven D. Olson (w/permission)*
Steven D. Olson, OSB No. 003410
Steven.olson@tonkon.com
Telephone: 503.802.2159
Paul Conable, OSB No. 975368
Paul.conable@tonkon.com
Telephone: 503.802.2188
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204-2099
*Attorneys for Plaintiff*
*Leif's Auto Collision Centers, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, I caused a true and correct copy of the foregoing Joint Stipulated Report to be served upon counsel of record via the CM/ECF system.

*/s/ Dan W. Goldfine*