# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.   Case No: 6:14-md-2557-Orl-31EJK

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Upon consideration of the Consolidated Joint Stipulation and Report (Doc. 348), it is

**ORDERED** that with respect to the antitrust claims in cases 6:14-cv-6008 (PA), 6:14-cv-6009 (AL), 6:14-cv-6011 (IL), and 6:14-cv-6020 (PA), the following schedule shall apply:

- Defendants' updated briefs:   Due August 7, 2020
- Plaintiffs' response briefs:   Due August 28, 2020
- Defendants' replies (optional):   Due September 10, 2020

It is further **ORDERED** that with respect to the tortious interference claims in cases 6:14-cv-6012 (NJ), 6:14-cv-6013 (NJ), 6:14-cv-6018 (KY), 6:14-cv-6019 (VA), and 6:14-cv-6022 (MO), the defendants shall file a single consolidated brief of no more than 20 pages by August 7, 2020.  If a single consolidated brief is not feasible, separate briefs may be filed if limited to

discrete, non-repetitious points.   Plaintiffs' responsive briefs are due August 28, 2020. Defendants' reply briefs, limited to five pages, are due by September 4, 2020.

Discovery in these cases is **STAYED** pending further order of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party