IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEE PAPPAS BODY SHOP, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.,*<br><br>Defendants. | **NOTICE OF JOINDER IN DISPOSITIVE MOTION**<br><br>MDL Docket No. 2557<br><br>Case No. 6:14-cv-06019-GAP-EJK<br><br>Originally filed in the Eastern District of Virginia |

## NOTICE OF JOINDER

Defendant Virginia Farm Bureau Town and Country Insurance Company hereby joins in the Consolidated Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Tortious Interference Claims filed on August 7, 2020 (Docket No. 353) in the above-captioned matter, and for the reasons stated therein, move to strike the Plaintiffs' Tortious Interference Claims.[1]

---

[1] The consolidated brief was filed in support of a motion to dismiss filed in this case, Docket Nos 38, 39, and in other cases.

RESPECTFULLY SUBMITTED,


_____/s/ Kenneth F. Hardt_____
Kenneth F. Hardt, Esq. (VSB #23966)
Sɪɴɴᴏᴛᴛ, Nᴜᴄᴋᴏʟs & Lᴏɢᴀɴ, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3861
(804) 378-2610 (Facsimile)
khardt@snllaw.com
*Counsel for Virginia Farm Bureau*
*Town and Country Insurance Company*




## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2020, I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system which will send a

Notice of Electronic Filing to all counsel of record that are registered with the Court's

CM/ECF system.


_____/s/ Kenneth F. Hardt_____
Kenneth F. Hardt, Esq. (VSB #23966)
Sɪɴɴᴏᴛᴛ, Nᴜᴄᴋᴏʟs & Lᴏɢᴀɴ, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3861
(804) 378-2610 (Facsimile)
khardt@snllaw.com
*Counsel for Virginia Farm Bureau*
*Town and Country Insurance Company*