# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THE ONLY ONE, INC., et al., | MDL Docket No. 2557 |
| Plaintiffs, | (6:14-md-02557-GAP-EJK) |
| v. | |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, et al., | Case No. 6:14-cv-06009-GAP-EJK |
| Defendants. | |

## JOINDER IN
## CONSOLIDATED SUPPLEMENTAL BRIEF
## IN SUPPORT OF
## DEFENDANTS' MOTIONS TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINTS

Defendants Metropolitan Property and Casualty Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Metropolitan Casualty Insurance Company, defendants in Case No. 6:14-cv-06009-GAP-EJK, hereby join in the Consolidated Supplemental Brief in Support of Defendants' Motions to Dismiss Plaintiffs' First Amended Complaints (Docket No. 351 in the MDL docket). Defendant Metropolitan General Insurance Company has already joined in the brief.

Dated this 10th day of August, 2020.

                Respectfully submitted,

                */s/ P. Bruce Converse*
                P. Bruce Converse
                DICKINSON WRIGHT, PLLC
                1850 N. Central Avenue, Suite 1400
                Phoenix, Arizona 85004-4568
                Telephone: 602-285-5023
                Fax: (844) 670-6009
                Email: bconverse@dickinsonwright.com

                *Attorneys for defendants Metropolitan Property and Casualty Insurance Company, Metropolitan Group Property and Casualty Insurance Company, Metropolitan General Insurance Company, and Metropolitan Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice of the filing of this document to all counsel of record participating in the Court's ECF filing system.

*/s/ P. Bruce Converse*