# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MDL Case 6:14-cv-2557-Orl-31EJK

**ALLIANCE OF AUTOMOTIVE, et al.**

    **Plaintiffs,**

v.                                                    Case No:   6:14-cv-6008-Orl-31EJK

**STATE FARM MUTUAL AUTO INSURANCE COMPANY, et al.,**

    **Defendants.**

---

**THE ONLY ONE INC., et al.,**

    **Plaintiffs,**

v.                                                    Case No:   6:14-cv-6009-Orl-31EJK

**STATE FARM MUTUAL AUTO INSURANCE COMPANY, et al.,**

    **Defendants.**

---

**KALLEMEYN COLLISION CENTER, INC., et al.,**

    **Plaintiffs,**

v.                                                    Case No:   6:14-cv-6011-Orl-31EJK

**21ST CENTURY CENTENNIAL INSURANCE COMPANY, et al.,**

    **Defendants.**

**ALLIANCE OF AUTOMOTIVE**
**SERVICE PROVIDERS, INC., et al.,**

      **Plaintiffs,**

**v.**                                   **Case No:    6:14-cv-6020-Orl-31TBS**

**ERIE INSURANCE EXCHANGE and**
**ERIE INSURANCE COMPANY,**

      **Defendants.**

## ORDER

These cases are before me on the Consolidated Supplemental Brief in Support of Defendants' Motions to Dismiss Plaintiffs' First Amended Complaints (Doc. 351).   Pursuant to the Court's order on July 14, 2020 (Doc. 350), Plaintiffs' responsive brief was due on August 28, 2020.   Plaintiffs have not filed a response, so Defendants' motions stand unopposed.   *See* Local Rule 3.01(b).

As recognized by the Eleventh Circuit in *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707 (11th Cir. 2020), this Court lacks jurisdiction over these untimely filed Amended Complaints.   Moreover, the First Amended Complaints in these four MDL cases assert only antitrust claims, and even if the Court had jurisdiction, these claims would be precluded by the Eleventh Circuit opinion in *Quality Auto Painting Ctr. of Roselle, Inc. s. State Farm Indem. Co.*, 917 F.3d. 1249 (11th Cir. 2019) (en banc).

Accordingly, it is

**ORDERED** that Defendants' motions are **GRANTED**, and the Amended Complaints in these cases are **DISMISSED WITH PREJUDICE**.   The Clerk is directed to close the cases.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 10, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:   counsel of record