**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| CAMPBELL COUNTY<br>AUTO BODY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, *et al.,*<br><br>                    Defendants. | **DISPOSITIVE MOTION**<br><br>MDL Docket No. 2557<br><br>Case No. 6:14-cv-06018-GAP-EJK<br><br>Originally filed in the<br>Eastern District of Kentucky |
| CONCORD AUTO BODY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, *et al.,*<br><br>                    Defendants. | **DISPOSITIVE MOTION**<br><br>MDL Docket No. 2557<br><br>Case No. 6:15-cv-06022-GAP-EJK<br><br>Originally filed in the<br>Eastern District of Missouri |
| QUALITY AUTO PAINTING<br>CENTER OF ROSELLE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE FARM INDEMNITY<br>COMPANY, *et al.,*<br><br>                    Defendants. | **DISPOSITIVE MOTION**<br><br>MDL Docket No. 2557<br><br>Case No. 6:14-cv-06012-GAP-EJK<br><br>Originally filed in the<br>District of New Jersey |

| | |
|---|---|
| ULTIMATE COLLISION REPAIR, INC., | **DISPOSITIVE MOTION** |
| Plaintiff, | MDL Docket No. 2557 |
| v. | Case No. 6:14-cv-06013-GAP-EJK |
| STATE FARM INDEMNITY COMPANY, *et al.,* | Originally filed in the District of New Jersey |
| Defendants. | |

| | |
|---|---|
| LEE PAPPAS BODY SHOP, INC., *et al.,* | **DISPOSITIVE MOTION** |
| Plaintiffs, | MDL Docket No. 2557 |
| v. | Case No. 6:14-cv-06019-GAP-EJK |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.,* | Originally filed in the Eastern District of Virginia |
| Defendants. | |

## CONSOLIDATED REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' TORTIOUS INTERFERENCE CLAIMS

## INTRODUCTION

These 66 tortious interference claims brought by eight Plaintiffs against 30 Defendant groups under the laws of four states are before this Court on remand. In remanding the claims, the Eleventh Circuit expressly limited the basis for its ruling to its "narrow" disagreement with this Court's application of the group pleading doctrine. The Eleventh Circuit made clear that it was expressing no opinion on the plausibility of Plaintiffs' claims under a standard *Twombly-Iqbal* analysis and that there could be other grounds for dismissal, even upon a further consideration of the group pleading doctrine. *See Quality Auto Painting Ctr. of Roselle, Inc. v. State Farm Indemn. Co.*, 917 F.3d 1249, 1274-75, 1276 & n.32 (11th Cir. 2019) (en banc).

The Eleventh Circuit's recent ruling in the Mississippi case makes clear that plausibly alleging a claim for tortious interference requires each Plaintiff to allege facts satisfying the elements required by state law as to each claim against each Defendant. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 733-34 (11th Cir. 2020). As Defendants' opening brief explained, the vague, generalized allegations in each Complaint are defective for multiple independent reasons and do not state a tortious interference claim against any individual Defendant, much less against each and every one of them. Plaintiffs' opposition brief makes no attempt to explain how any Plaintiff plausibly alleges the elements of tortious interference under the laws of the four states implicated by their claims.

There are well-established, state-specific requirements applicable to tortious interference claims. Plaintiffs literally ignore them. They fail to address any of the dozens of cases cited in Defendants' brief or even to cite a single case supporting the adequacy of their generic allegations. Instead, they simply reproduce vague, collective allegations from their Complaints and "formulaic recitation[s] of the elements of [their] cause of action," *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007), and then assert without explanation that those allegations state a claim for tortious interference untethered to the law of any particular state.

1

The crux of Plaintiffs' opposition is the mistaken argument that Defendants are simply arguing that the Complaints fail to provide adequate notice under Rule 8. (*See* Opp'n 3.) As is obvious, Defendants' motion is focused on the complete void of legally sufficient allegations to support the essential elements of a tortious interference claim against even one of them. *See Kirksey v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1041 (7th Cir. 1999) ("Where the plaintiff has gone astray is in supposing that a complaint which complies with Rule 8(a)(2) is immune from a motion to dismiss. This confuses form with substance. Rule 8(a)(2) specifies the conditions of the formal adequacy of a pleading. It does not specify the conditions of its substantive adequacy, that is, its legal merit.").

The Court can dismiss these Complaints by deeming Defendants' unopposed arguments conceded. Dismissal is also warranted because Plaintiffs do not identify a single existing business relationship or reasonable expectancy of one with a third party, let alone one or more for each Defendant. Although Plaintiffs concede they must allege a relationship or expectancy, the only relationships identified are with the Defendant insurers themselves. It is well-established under Kentucky, Missouri, New Jersey, and Virginia law that Defendants cannot interfere with their own contracts. Finally, the Court can dismiss the Complaints for failure to adequately allege various other elements of even a single claim against a single Defendant, most notably improper conduct, causation, or damages.

## ARGUMENT

### A.    Plaintiffs' Opposition Brief Is Non-Responsive.

Plaintiffs concede that "Defendants correctly set forth the elements for a cause of action for tortious interference." (Opp'n 5.) They do not dispute any of Defendants' assertions about the law or requirements applicable in each state. Yet Plaintiffs do not respond at all to many of Defendants' arguments, including, but not limited to, that:

- Missouri Plaintiff Concord fails to "set forth specifically in his/her complaint the words

and/or statements which are alleged to be defamatory." (*See* Br. 13.)

- "Any alleged statements regarding implications of poor quality, poor efficiency, poor business ethics and practices, and unreliability are statements of opinion, not fact, and thus do not support a claim of tortious interference" under Missouri law. (*See id.*)

- New Jersey Plaintiffs do not allege a "reasonable probability that the victim of the interference would have received the anticipated economic benefits." (*See id.* at 16.)

- Virginia Plaintiffs do not allege a "reasonably certain" business expectancy or that Plaintiffs and Defendants were in a competitive relationship. (*See id.* at 17-18, 20).

- Plaintiffs fail to plead with particularity as required by FRCP 9(b). (*See id.* at 3.)

These are essential elements of Plaintiffs' claims or baseline procedural requirements. "A party that does not respond to arguments with respect to a claim abandons that claim." *Brazil v. Janssen Research & Dev. LLC*, 249 F. Supp. 3d 1321, 1340 (N.D. Ga. 2016). These unopposed arguments should be deemed conceded, and Plaintiffs' claims should be dismissed. *See La Grasta v. First Union Sec., Inc.*, 358 F.3d 840, 847 n.4 (11th Cir. 2004) (party "waived [an] argument by failing to discuss it in its answer brief"); *Kirksey*, 168 F.3d at 1041 ("Our system of justice is adversarial, and our judges are busy people. If they are given plausible reasons for dismissing a complaint, they are not going to do the plaintiff's research and try to discover whether there might be something to say against the defendants' reasoning.").

### B.     Plaintiffs' Complaints Fail to Satisfy Applicable State Law.

In their opening brief, Defendants presented multiple, independently sufficient grounds for dismissal. Even if Plaintiffs' rote repetition of long, largely unexplained passages from their essentially identical Complaints could be considered a response, the allegations and legal conclusions identified do not come close to stating a claim for tortious interference against any Defendant under Kentucky, Missouri, New Jersey, or Virginia law.

1. **Plaintiffs Do Not Identify an Existing Business Relationship or Expectancy with Any Third Party.**

Plaintiffs do not contest Defendants' assertion that, under the laws of each relevant state, a plaintiff attempting to state a claim for tortious interference must allege the existence of a specific business relationship or expectancy, and that it is not enough to allege that Defendants interfered with unidentified potential customers or the general public. (*See* Br. 2, 5-6, 10-11, 14-15, 17-18.) Nor do Plaintiffs dispute that they are required to allege that Defendants knew of the relationship or expectancy allegedly interfered with. (*See* Br. 7, 10, 14-15, 19.)

In responding that they have satisfied these requirements by alleging "the expectation of a valid business relationship with each insurance company" (Opp'n 6), Plaintiffs betray their misapprehension of tortious interference law. The question is not whether Plaintiffs had a valid expectancy with *Defendants*, but whether Plaintiffs had a valid business expectancy with *any third parties* with which Defendants allegedly interfered. (*See* Br. 6, 10-11, 14, 17.) Defendants cannot tortiously interfere with their own contracts or relationships. *See Francis Hospitality, Inc. v. Read Properties, LLC*, 820 S.E. 2d 607, 610 (Va. 2018); *Rawlings v. Breit*, 2005 WL 1415356, at *3 (Ky. Ct. App. June 17, 2005); *Chaney v. Clay*, 906 S.W. 2d 903, 905 (Mo. Ct. App. 1995); *Printing Mart-Morristown v. Sharp Elecs. Corp.*, 563 A.2d 31, 37-38 (N.J. 1989).

2. **Plaintiffs' Allegations of Improper Conduct, Causation, and Damages Are Insufficient.**

Plaintiffs cannot satisfy the remaining elements of a tortious interference claim either. First, in a vain attempt to show improper or unjustified conduct, Plaintiffs fall back on their Complaints' generalized, conclusory allegations that "each defendant" used "false and misleading representations" about "the quality, expense or delays of plaintiff shops" to steer unidentified persons to compliant shops. (*See* Opp'n 8.) Yet, as is apparent from *Automotive Alignment*, *see* 953 F.3d at 734, such conclusory statements do not plausibly allege improper or unjustified conduct, particularly when all of the "examples" of supposedly improper conduct

4

provided in the Complaint "provide reason to doubt" that each Defendant actually took any action that was illegal, independently tortious, or violated established norms. *See id.* at 733. Plaintiffs do not respond to this argument. Nor can Plaintiffs rely on conclusory allegations of supposedly malicious motives, as the law of each state recognizes that Defendants have a right to protect their own economic interests, and Plaintiffs do not point to any state law prohibiting steering generally. *See, e.g.*, *ATC Distr. Grp. v. Whatever It Takes Transmission & Parts, Inc.*, 402 F.3d 700, 717 (6th Cir. 2005) ("simply attempting to advance one's own legitimate economic interests at the expense of another's interests does not constitute malice").

Second, Plaintiffs' repetition of the allegation that "Plaintiff has been damaged by the Defendants['] malicious and intentional actions" (Opp'n 11) is a legal conclusion, not a fact, and is not responsive to Defendants' explanations why Plaintiffs have failed to allege causation or damages under state law. This is another "formulaic recitation of the elements of a cause of action" insufficient to state a claim. *Twombly*, 550 U.S. at 555. Plaintiffs provide no facts establishing that any existing or potential customer failed to enter into a contract as a result of actions taken by any Defendant, *cf. Auto. Alignment*, 953 F.3d at 728-29 (rejecting allegations that loss in business was caused by purported steering rather than other market forces), much less as a result of any tortious—as opposed to concededly truthful and legitimate—conduct.

## CONCLUSION

The court has previously addressed and dismissed literally dozens of similar claims in the other cases comprising this MDL. Defendants urged in their opening brief that these cases should be dismissed with prejudice. (*See* Br. 1, 3, 20.) Plaintiffs do not request leave to amend. Thus, dismissal with prejudice is warranted. *See Isaiah v. JPMorgan Chase Bank, N.A.*, 960 F.3d 1296, 1308 n.9 (11th Cir. 2020) ("A district court is not required to grant a plaintiff leave to amend his complaint sua sponte when the plaintiff, who is represented by counsel, never filed a motion to amend nor requested leave to amend.").

Dated: September 15, 2020 Respectfully Submitted,

**Defendants in *Campbell County Auto Body, Inc. v. State Farm Mutual Automobile Insurance Company, et al.* (Kentucky) (Case No. 6:14-cv-06018):**

/s/ Michael L. McCluggage
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmccluggage@eimerstahl.com
Email: dbirk@eimerstahl.com

Michael P. Kenny
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com

Johanna W. Clark
Florida Bar No. 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

*Attorneys for Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

/s/ Michael E. Mumford
Michael E. Mumford
Ernest E. Vargo
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mmumford@bakerlaw.com
Email: evargo@bakerlaw.com

*Counsel for Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Safeco Insurance Company of America, State Automobile Mutual Insurance Company, State Auto Property and Casualty Insurance Company, Grange Mutual Casualty Company, and Grange Property & Casualty Insurance Company*

/s/ Richard L. Fenton
Richard L. Fenton
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fentons@dentons.com
jacqui.giannini@dentons.com

*Attorneys for Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, and Allstate Property and Casualty Insurance Company*

/s/ Michael R. Nelson
Michael R. Nelson
NELSON LAW, LLC
200 Park Avenue, Suite 1700
New York, NY 10166
Telephone: (212) 457-1668
Facsimile: (646) 766-9945
nelson@nelson.legal

/s/ Kymberly Kochis
Kymberly Kochis
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com

*Attorneys for Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, and Progressive Preferred Insurance Company*

/s/ Robert L. Steinmetz
Robert L. Steinmetz
GWIN STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000
Louisville, KY 40202
Telephone: (502) 618-5700
Facsimile: (502)-618-5701
Email: rsteinmetz@gsblegal.com

*Counsel for Defendant Safe Auto Insurance Company*

/s/ Michael H. Carpenter
Michael H. Carpenter
Michael N. Beekhuizen
David J. Barthel
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com
Email: beekhuizen@carpenterlipps.com
Email: barthel@carpenterlipps.com

*Counsel for Defendants Nationwide Mutual Insurance Company, Nationwide Insurance Company of America, and Nationwide Affinity Insurance Company of America*

/s/ Dan W. Goldfine
Dan W. Goldfine
Joshua Grabel
Ian M. Fischer
Jamie L. Halavais
HUSCH BLACKWELL LLP
2415 East Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone: (480) 824-7900
Facsimile: (480) 824-7905
Dan.Goldfine@huschblackwell.com
Josh.Grabel@huschblackwell.com
Ian.Fischer@huschblackwell.com
Jamie.Halavais@huschblackwell.com

*Counsel for Defendants GEICO General Insurance Company, GEICO Casualty Company, GEICO Indemnity Company, and Government Employees Insurance Company*

/s/ Timothy J. Rooney
Timothy J. Rooney
WINSTON & STRAWN, LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: (312) 558-5972
Facsimile: (312) 558-5700
Email: trooney@winston.com

Laura E. Besvinick
STROOCK & STROOCK & LAVAN,
LLP
200 South Biscayne Blvd., Suite 3100
Miami, FL 33131-5323
Telephone: (305) 789-9395
Facsimile: (305) 789-9302
Email: lbesvinick@stroock.com

Michael E. Nitardy
FROST, BROWN, TODD, LLC – FLOR-
ENCE
7310 Turfway Road, Suite 210
Florence, KY 41042
Telephone: (859) 817-5900
Facsimile: (859)-283-5902
Email: mnitardy@fbtlaw.com

*Counsel for Defendants The Travelers
Home and Marine Insurance Company,
Travelers Property Casualty Company of
America, Travelers Casualty and Surety
Company of America, Travelers Casualty
Insurance Company of America, and The
Travelers Indemnity Company of Connect-
icut*

/s/ R. Bradley Best
R. Bradley Best
HOLCOMB DUNBAR WATTS BEST
MASTERS & GOLMON, PA
P.O. Drawer 707
400 Enterprise Drive
Oxford, MS 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
Email: bradbest@holcombdunbar.com

*Counsel for Defendants Shelter Mutual In-
surance Company and Shelter General In-
surance Company*

/s/ Hal K. Litchford
Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, FL 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com
Email: kdiamantas@bakerdonelson.com

Amelia W. Koch (admitted pro hac vice)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: akoch@bakerdonelson.com
Email: sgriffith@bakerdonelson.com

*Counsel for Defendants United Services
Automobile Association, USAA Casualty
Insurance Company, and USAA General
Indemnity Company*

*/s/ Lori McAllister*
Lori McAllister (P39501)
DYKEMA GOSSETT PLLC
201 Townsend, Suite 900
Lansing, MI 48933
(517) 374-9150
lmcallister@dykema.com

*Attorneys for Defendant Auto-Owners Insurance Company*

*/s/ P. Bruce Converse*
P. Bruce Converse
DICKINSON WRIGHT, PLLC
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
602-285-5023

*Attorneys for Defendant
Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, and Metropolitan Casualty Insurance Company*

*/s/ Matthew C. Blickensderfer*
Matthew C. Blickensderfer
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6162
Facsimile: (513) 651-6981
Email: mblickensderfer@fbtlaw.com

*Counsel for Defendant The Cincinnati Insurance Company*

9

**Defendants in *Concord Auto Body, Inc. v. State Farm Mutual Automobile Insurance Company, et al.* (Missouri) (Case No. 6:15-cv-06022):**

*/s/ Michael L. McCluggage*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmccluggage@eimerstahl.com
Email: dbirk@eimerstahl.com

Michael P. Kenny
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com

Johanna W. Clark
Florida Bar No. 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

*Attorneys for Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

*/s/ Richard L. Fenton*
Richard L. Fenton
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fentons@dentons.com
jacqui.giannini@dentons.com

*Attorneys for Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Esurance Property & Casualty Insurance Company*

*/s/ Michael E. Mumford*
Michael E. Mumford
Ernest E. Vargo
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: mmumford@bakerlaw.com
Email: evargo@bakerlaw.com

*Counsel for Defendants LM General Insurance Company, Liberty Mutual Fire Insurance Company, and Safeco Insurance Company of Illinois*

*/s/ Michael R. Nelson*
Michael R. Nelson
NELSON LAW, LLC
200 Park Avenue, Suite 1700
New York, NY 10166
Telephone: (212) 457-1668
Facsimile: (646) 766-9945
Email: nelson@nelson.legal

*/s/ Kymberly Kochis*
Kymberly Kochis
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
Email: kymkochis@eversheds-suther-
land.com

*Counsel for Defendants Progressive Di-
rect Insurance Company, Progressive Ad-
vanced Insurance Company, Progressive
Preferred Insurance Company, Progres-
sive Northwestern Insurance Company,
and Progressive Casualty Insurance Com-
pany*

*/s/ Steven H. Schwartz*
Steven H. Schwartz
Teresa M. Young
BROWN & JAMES, P.C.
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128
sschwartz@bjpc.com
tyoung@bjpc.com

*Attorneys for Defendant Farm Bureau
Town & Country Ins. Co.*

*/s/ Michael H. Carpenter*
Michael H. Carpenter
Michael N. Beekhuizen
David J. Barthel
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com
Email: beekhuizen@carpenterlipps.com
Email: barthel@carpenterlipps.com

*Counsel for Defendants Nationwide Insur-
ance Company of America, Nationwide Af-
finity Insurance Company of America, and
Allied Property and Casualty Insurance
Company*

*/s/ David L. Yohai*
David L. Yohai
John P. Mastando III
Eric S. Hochstadt
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.yohai@weil.com
Email: john.mastando@weil.com
Email: eric.hochstadt@weil.com

*Counsel for Defendants Farmers Insur-
ance Company (correct name is Farmers
Insurance Company, Inc.)*

/s/ R. Bradley Best
R. Bradley Best
HOLCOMB DUNBAR WATTS BEST
MASTERS & GOLMON, PA
P.O. Drawer 707
400 Enterprise Drive
Oxford, MS 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
Email: bradbest@holcombdunbar.com

*Counsel for Defendant Shelter Mutual Insurance Company*

/s/ Hal K. Litchford

Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, FL 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com
Email: kdiamantas@bakerdonelson.com

Amelia W. Koch *(admitted pro hac vice)*
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: akoch@bakerdonelson.com
Email: sgriffith@bakerdonelson.com

*Counsel for Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company*

/s/ Robert L. Steinmetz
Robert L. Steinmetz
GWIN STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000
Louisville, KY 40202
Telephone: (502) 618-5700
Facsimile: (502)-618-5701
Email: rsteinmetz@gsblegal.com

*Counsel for Defendant Safe Auto Insurance Company*

/s/ Michael S. McCarthy
Michael S. McCarthy
FAEGRE DRINKER BIDDLE & REATH
LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3703
Facsimile: (303) 607-3600
michael.mccarthy@faegredrinker.com

Sarah C. Jenkins
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Sarah.jenkins@faegredrinker.com

*Counsel for Defendants American Family Mutual Insurance Company and American Standard Insurance Company of Wisconsin*

_/s/ Timothy J. Rooney_
Timothy J. Rooney
WINSTON & STRAWN, LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: (312) 558-5972
Facsimile: (312) 558-5700
Email: trooney@winston.com

Laura E. Besvinick
Stroock & Stroock & Lavan, LLP
200 South Biscayne Blvd., Suite 3100
Miami, FL 33131-5323
Telephone: (305) 789-9395
Facsimile: (305) 789-9302
Email: lbesvinick@stroock.com

_Counsel for Defendants The Travelers Home and Marine Insurance Company_

_/s/ Dan W. Goldfine_
Dan W. Goldfine
Joshua Grabel
Ian M. Fischer
Jamie L. Halavais
HUSCH BLACKWELL LLP
2415 East Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone: (480) 824-7900
Facsimile: (480) 824-7905
Dan.Goldfine@huschblackwell.com
Josh.Grabel@huschblackwell.com
Ian.Fischer@huschblackwell.com
Jamie.Halavais@huschblackwell.com

_Counsel for Defendants GEICO General Insurance Company, GEICO Casualty Company, GEICO Indemnity Company, and Government Employees Insurance Company_

**Defendants in** *Quality Auto Painting Center of Roselle, Inc. v. State Farm Indemnity Company, et al.* **(New Jersey) (Case No. 6:14-cv-06012) and** *Ultimate Collision Repair, Inc. v. State Farm Indemnity Company, et al.* **(New Jersey) (Case No. 6:14-cv-06013):**

*/s/ Michael L. McCluggage*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmccluggage@eimerstahl.com
Email: dbirk@eimerstahl.com

Michael P. Kenny
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com

Johanna W. Clark
Florida Bar No. 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

*Attorneys for Defendants State Farm Indemnity Company and State Farm Guaranty Insurance Company*

*/s/ Michael R. Nelson*
Michael R. Nelson
NELSON LAW, LLC
200 Park Avenue, Suite 1700
New York, NY 10166
Telephone: (212) 457-1668
Facsimile: (646) 766-9945
Email: nelson@nelson.legal

*/s/ Kymberly Kochis*
Kymberly Kochis
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of Americas
The Grace Building, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
Email: kymkochis@eversheds-sutherland.com

*Counsel for Defendants Progressive Freedom Insurance Company and Progressive Garden State Insurance Company*

*/s/ Richard L. Fenton*
Richard L. Fenton
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fentons@dentons.com
jacqui.giannini@dentons.com

*Attorneys for Allstate New Jersey Insurance Company and Allstate New Jersey Property and Casualty Insurance Company*

14

/s/ Michael E. Mumford
Michael E. Mumford
Ernest E. Vargo
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: mmumford@bakerlaw.com
Email: evargo@bakerlaw.com

*Counsel for Defendants LM Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation and Liberty Mutual Mid-Atlantic Insurance Company*

/s/ Michael H. Carpenter
Michael H. Carpenter
Michael N. Beekhuizen
David J. Barthel
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com
Email: beekhuizen@carpenterlipps.com
Email: barthel@carpenterlipps.com

*Counsel for Defendant Nationwide Mutual Insurance Company*

/s/ Thomas G. Rohback
Thomas G. Rohback
Drew A. Hillier
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
Email: trohback@axinn.com
Email: dhillier@axinn.com

*Counsel for Defendants Hartford Insurance Company of the Midwest, Hartford Underwriters Insurance Company and Hartford Fire Insurance Company*

/s/ Dan W. Goldfine
Dan W. Goldfine
Joshua Grabel
Ian M. Fischer
Jamie L. Halavais
HUSCH BLACKWELL LLP
2415 East Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone: (480) 824-7900
Facsimile: (480) 824-7905
Dan.Goldfine@huschblackwell.com
Josh.Grabel@huschblackwell.com
Ian.Fischer@huschblackwell.com
Jamie.Halavais@huschblackwell.com

*Counsel for Defendants GEICO Casualty Company, GEICO Indemnity Company and Government Employees Insurance Company*

/s/ Hal K. Litchford
Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, FL 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com
Email: kdiamantas@bakerdonelson.com

Amelia W. Koch (admitted pro hac vice)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: akoch@bakerdonelson.com
Email: sgriffith@bakerdonelson.com

*Counsel for Defendants United Services
Automobile Association, USAA Casualty
Insurance Company, and USAA General
Indemnity Company*

/s/ David L. Yohai
David L. Yohai
John P. Mastando III
Eric S. Hochstadt
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.yohai@weil.com
Email: john.mastando@weil.com
Email: eric.hochstadt@weil.com

*Counsel for Defendants 21st Century Cen-
tennial Insurance Company, 21st Century
Assurance Company, and 21st Century
Pinnacle Insurance Company*

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle, Trial Counsel
Louisiana Bar No. 27076
LUGENBUHL, WHEATON, PECK,
RANKIN
& HUBBARD, A LAW CORP.
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: sschmeeckle@lawla.com

*Counsel for Defendant The Hanover In-
surance Company*

**Defendants in *Lee Pappas Body Shop, Inc., et al., v. State Farm Mutual Automobile Insurance Company, et al.* (Virginia) (Case No. 6:14-cv-06019):**

*/s/ Michael L. McCluggage*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
Email: mmccluggage@eimerstahl.com
Email: dbirk@eimerstahl.com

Michael P. Kenny
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: mike.kenny@alston.com

Johanna W. Clark
Florida Bar No. 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

*Attorneys for Defendants State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*

*/s/ Richard L. Fenton*
Richard L. Fenton
Jacqueline A. Giannini
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fentons@dentons.com
jacqui.giannini@dentons.com

*Attorneys for Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company*

*/s/ Michael E. Mumford*
Michael E. Mumford
Ernest E. Vargo
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: mmumford@bakerlaw.com
Email: evargo@bakerlaw.com

*Counsel for Defendants LM General Insurance Company, LM Insurance Corporation, and General Insurance Company of America*

/s/ Michael H. Carpenter
Michael H. Carpenter
Michael N. Beekhuizen
David J. Barthel
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com
Email: beekhuizen@carpenterlipps.com
Email: barthel@carpenterlipps.com

*Counsel for Defendants Nationwide Property and Casualty Insurance Company, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide General Insurance Company, and Harleysville Preferred Insurance Company*

/s/ Thomas G. Rohback
Thomas G. Rohback
Drew A. Hillier
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
Email: trohback@axinn.com
Email: dhillier@axinn.com

*Counsel for Defendant Property and Casualty Insurance Company of Hartford*

/s/ Anderson T. Bailey
Anderson T. Bailey
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: atbailey@jonesday.com

*Counsel for Defendant Erie Insurance Exchange*

/s/ Timothy J. Rooney
Timothy J. Rooney
WINSTON & STRAWN, LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: (312) 558-5972
Facsimile: (312) 558-5700
Email: trooney@winston.com

Laura E. Besvinick
Stroock & Stroock & Lavan, LLP
200 South Biscayne Blvd., Suite 3100
Miami, FL 33131-5323
Telephone: (305) 789-9395
Facsimile: (305) 789-9302
Email: lbesvinick@stroock.com

*Counsel for Defendants The Travelers Home and Marine Insurance Company, Travelers Property Casualty Insurance Company, Travelers Property Casualty Company of America, Travco Insurance Company, and Travelers Commercial Insurance Company*

18

/s/ Michael B. de Leeuw
Michael B. de Leeuw
John J. Sullivan
COZEN O'CONNOR
45 Broadway, Suite 1600
New York, NY 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
Email: MdeLeeuw@cozen.com
Email: JSullivan@cozen.com

*Counsel for Defendant AIG Property Casualty Insurance Company*

/s/ Dan W. Goldfine
Dan W. Goldfine
Joshua Grabel
Ian M. Fischer
Jamie L. Halavais
HUSCH BLACKWELL LLP
2415 East Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone: (480) 824-7900
Facsimile: (480) 824-7905
Dan.Goldfine@huschblackwell.com
Josh.Grabel@huschblackwell.com
Ian.Fischer@huschblackwell.com
Jamie.Halavais@huschblackwell.com

*Counsel for Defendants GEICO General Insurance Company, GEICO Casualty Company, GEICO Indemnity Company, Government Employees Insurance Company, GEICO Advantage Insurance Company, GEICO Choice Insurance Company, and GEICO Secure Insurance Company*

/s/ Hal K. Litchford
Hal K. Litchford (Fla. Bar No. 272485)
Kyle A. Diamantas (Fla. Bar No. 106916)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, FL 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Email: hlitchford@bakerdonelson.com
Email: kdiamantas@bakerdonelson.com

Amelia W. Koch (admitted pro hac vice)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: akoch@bakerdonelson.com
Email: sgriffith@bakerdonelson.com

*Counsel for Defendants United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company*

/s/ E.K. Cottrell
E.K. Cottrell
Florida Bar No. 0013579
SMITH, GAMBRELL & RUSSELL LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6300
Email: ecottrell@sgrlaw.com

*Counsel for Defendant Dairyland Insurance Company*

*/s/ Robert L. Steinmetz*
Robert L. Steinmetz
GWIN STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000
Louisville, KY 40202
Telephone: (502) 618-5700
Facsimile: (502)-618-5701
Email: rsteinmetz@gsblegal.com

*Counsel for Defendant Safe Auto Insurance Company*

*/s/ Thomas A. French*
Thomas A. French
Attorney I.D. No. PA 39305
BARLEY SNYDER LLP
213 Market Street, 12th Floor
Harrisburg, PA 17101
Telephone: (717) 231-6625
Facsimile: (717) 344-5373
Email: tfrench@barley.com

*Counsel for Defendant Donegal Mutual Insurance Company*

/s/ *Kenneth F. Hardt*
Kevin V. Logan, Esq. (VSB #19153)
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
 (804) 893-3855
 (804) 378-2610 (Facsimile)
klogan@snllaw.com
khardt@snllaw.com

*Counsel for Virginia Farm Bureau Town and Country Insurance Company*

*/s/ Turner A. Broughton*
Turner A. Broughton (VSB No. 42627)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile:(804) 420-6507
Email: tbroughton@williamsmullen.com

*Counsel for Defendant Elephant Insurance Services, Inc.*

*/s/ Elizabeth S. Skilling*
Elizabeth S. Skilling
HARMAN CLAYTOR CORRIGAN & WELLMAN
P.O. Box 70280
Richmond, VA 23255
Telephone: (804) 762-8016
Facsimile: (804) 747-6085
Email: eskilling@hccw.com

*Counsel for Defendants Alfa Specialty Insurance Company and Alfa Vision Insurance Corporation*

*/s/ David L. Yohai*
David L. Yohai
John P. Mastando III
Eric S. Hochstadt
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.yohai@weil.com
Email: john.mastando@weil.com
Email: eric.hochstadt@weil.com

*Counsel for Defendants 21st Century Centennial Insurance Company and 21st Century Assurance Company*